# IN THE FEDERAL COURT
## NORTHERN DISTRICT OF IOWA
### SIOUX CITY DIVISION

SUSAN HERBERT, *pro se*  
1100 Seagate Avenue 101  
Neptune Beach, FL 32266  
904.705.6171

Civil Complaint No. C10-4003 MWB

VS

ALBANY, RENNSELAER, DUVAL, PHILADELPHIA COUNTIES

And

Various Agents of the Counties, *Specifically but not limited to*

Arnold Weinstein, Sanford Finkle, Leslie Ortiz, Linda Griffin
Alanna McMillan, Randy Cale and Edward Spain

**I, Susan Herbert complain:**

1       On 11/09/09 1, Susan, became the very first citizen ever to receive a default judgment from SCOTUS. This happened as I have always known <u>Bush V Gore</u> referred to here as BVG was and is a tie that served to uncheck all offices and strip all natural born citizens of their vote thus all of their rights. It's 5 as 1 versus 4 as 1,1 V 1, as nothing else is legal nor is it good math. It especially harms women and enlisted service members and harmed me directly and grossly, until I suffered physical death but survived. Although this should be impossible this is what happens when SCOTUS rules wrongly and so installs a President thus makes law upon a case that has zero basis in our Constitution living or written and when it then awards the Office of the Executive to lawyers not on the ballot giving legal standing to pieces of paper not people so that SCOTUS has committed what constitutes a coup and has overthrown the Constitution but then refuses to admit to what it did only as 1, Susan, the person who made the case happens to be a woman who is not a lawyer. See attachments C and 5, <u>Herbert V Obama</u> also in this court.

2.      There was a fire in my home so this is a few days late. It may take me a few more days to send in one or two other parts of this case as the fire ended up destroying some documents. The fact regarding the counties begins at number 7.

3.      This complaint is brought under USC 1983 and USC Chapter 18 but firstly under the Declaration and Constitution as acts of Congress, acts of SCOTUS with the other Judiciary and acts of the sitting Executive past and current conflict with the Constitution as does law the citizens made via a direct vote of The People as nothing within the Constitution, US case law or US code allows for the citizens to make law via a direct vote, to violate the natural birth, equal protection and due process clauses via a direct vote or to target women, enlisted serviced members or me and my sons exactly via a direct vote. And nothing provides for the violation of fully vested fundamental rights which go w/o redress and w/o any actual remedy and relief as nothing grants any citizen not even Presidents and Justices blanket immunity. See <u>US V Nixon.</u> I also have standing to sue to enforce a judgment of default entered by SCOTUS and am in the correct court as the very first violation of a fundamental right was perpetrated by the federal government while I and my children were Navy dependents and this violation is directly linked to a former Executive and unconstitutional policy he invoked as well as a crime he committed which Congress then excused, as if it never happened. As it's core this judgment of default occurred because every single sitting officer I came in contact with and every single citizen reasoned and decided they or other officers and/or lawyers were above the law while I and my sons were below it or less than human and as

they insisted that US law provided for no remedy and relief. It is directly due to women never having been accorded actual equal protection and due process and as women have never been able to bring the case for equality before SCOTUS as it is either argued incorrectly, it is not heard w/o any reason or cause named, men not women bring it, no pro se litigants are allowed before SCOTUS and unconstitutionally so, and/or the person bringing it is unconstitutionally denied redress for the violation of her rights perpetrated by SCOTUS employees.

4. Jurisdiction: 28 U.S.C. §§ 1391 - 1412: 1 have read it and this venue then would be proper as prior court activity occurred in this district and as this may be the only venue left via process of elimination. Plus as this is an authority case ANY federal venue would be appropriate as one of the concerned parties, female voters, lives here.

5. What began as a family case over custody escalated until I was challenging men inside SCOTUS and even SCOTUS itself as ultimately they and it caused the injury. The case spanned several states and was and is in court in three: NY, PA and FL. As the creation of impossible standards then created legal limbo; either no action is taken thus the case sits and sits or the states harm me with impunity.

6. The SCOTUS docket proves my claims - it along with me constitutes incontrovertible proof - but in this unique case I must now sue those involved in order to address an intrinsic flaw in the process which now denies us our rights in order to force sitting officers, whole institutions and the voters to recognize the law and my person and so the equality of women, the legal and biological reality they deny, or, to *enforce the judgment of default*.

7. As SCOTUS petitions 07-9804, 08-6622 and 09-6777 state and as the complaints now before this court state (See Herbert V Obama) the counties in several states victimized me and even committed crimes against me.

8. Rennselaer county NY and so agents of the county lied under oath, manipulated facts, manufactured facts, ignored the law, violated the law, tampered with evidence and with proof, manipulated the system, acted upon unconstitutional policy and even perjured themselves under oath to then make the awarding of the custody of my children and the injury my person suffered at their hands seem to be legal and justified. Some of these officials went so far as to abuse my children with full knowing and deliberation. Others were caught in the act of violating their mandates and their licenses and at least one agent, Leslie Ortiz, a lawyer and my children's guardian ad litum abused my children by pretending she

did not understand them when they told her they had been kidnapped and that they wanted to live with me, their real mother, and which she then failed to report to any person and even denied in her written assessment as if my children never told her, and who engaged in a relationship outside of the court with the persons who injured us as she was at the time and might still be a neighbor of the third parties. I myself caught her in the act, as she was caught in very close, intimate conversation with Cate Austin in the bathroom of the Rennselaer County courthouse during a break in the proceedings.

9.     Another agent, a social worker, failed to report abuse she witnessed and later a master for the state lied under oath as they claimed that no such report existed against David Austin when it did and when someone had blacked out the name of the reporter - me. The social worker, Allanna McMillan, acting in conjunction with the Austin's and one Randy Cale, a person hired solely to manufacture evidence against me and in favor of the Austin's and who is known to be a "court whore", COUNTY EMPLOYEES INCLUDING GRIFFIN'S OWN CLERK TOLD ME AND MY ATTORNEY THIS EXACTLY and who testified to the impossible upon the witness stand and who reported that he knew the real reason Cate Austin had brought my children to him was so that he would then generate a report against me, he actually said it was about blame when he testified, then concocted a report against me and based her false finding upon: Stories told about me from a time before my children were even born. She interviewed out of state nonwitnesses and never spoke to me; this incredulous report and subsequent finding was dismissed by NY but it was during this fair hearing that the master for the state perjured himself and that the report against David Austin was blacked out and then unbelievably entered against me! As if it was a report I generated against my own self! My lawyer smelled a rat so she said if the state was insisting that the reports used to find me were the same report and not separate, different reports as NY claimed as they did not match so NY's claim made no sense then NY would have no objection to her entering BOTH reports to then prove the report that I abused my children was falsified by McMillan and that it only came to be as the Austin's sought revenge. Trapped by their own lies NY agreed and then later admitted McMillan had zero grounds to ever find me guilty of abuse. The state and county never did take action against the actual abuser, David Austin, nor did it ever admit to its perjury or to its tampering of the evidence. No action was ever taken against any of the involved people who to this day are allowed to harm women and children with immunity. See Austin V Herbert, a legally enforced kidnapping perpetrated by the county of Rennselaer and the state of NY which is partly the result of favor and partisan politics. Details of these acts are found within the lower federal court and within SCOTUS petitions 079804, 08-6622 and 09-6777. They are too numerous to name here; literally I can name hundreds of acts and all of them are egregious. I submitted the entire paper trail proving all of my claims to the federal courthouse in

Jacksonville FL. NY never had the legal right to hear this case; in fact like <u>BVG</u> there was no actual case to be had but the county allowed the Austin's to manufacture one by first making up a fantasy cause of action: The petition the Austin's submitted in the spring of 2001 stated that the Austin's were seeking third party custody of my children and my person as they needed MEDICAL INSURANCE. **MEDICAL INSURANCE IS NOT AN ACTUAL CAUSE OF ACTION IN THE CASE OF THE CUSTODY OF CHILDREN IN ANY STATE. IT IS OFFENSIVE TO EVERYONE OF MY SENSIBILITIES THAT NY AND THIS COUNTY ALLOWED THIRD PARTIES ENTRY AND HEARD THIS CLAIM AND THEN HORRIFICALLY LET THE AUSTIN'S CHANGE THE CLAIM GRADUALLY OVER THE COURSE OF 4 YEARS UNTIL IT WAS UNRECOGNIZABLE. LITERALLY NY AND THIS COUNTY AND SO ALL OF THE AGENTS STATE AND COUNTY BECAME OUR ABUSER AND THE PERPETRATORS FOR W/O THEM? THERE WAS NO CASE!** <u>INSURANCE</u> **IS NOT A CAUSE TO TAKE CHILDREN FROM THE MOTHER PLUS THE AUSTINS NEVER DENIED THAT THE CHILDREN ONLY CAME TO BE WITH THEM AS THEY PARTICIPATED IN A KIDNAPPING.**

10.     Thus there is zero excuse for the County of Rennselaer. I aksed over and over WHY Randy Cale was allowed to enter the County courthouse if it was common knowledge he was being paid to abuse children and I never received an answer other than that "judges know to ignore him" and "judges do not listen to anything he says". The real, actual reason is much more sinister: County employees know Cale ot be a hired gun, a "court whore" but as parents might not? A judge uses him exactly like the lawyer Finkle did as did the Austin's to then force a ruling that goes against all acceptable evidence and proof. In my case his testimony was upheld as *sterling* by Griffin when it was her own court clerk who said Griffin would never do this as she knew all about Cale. Griffin then rejects Cale's testimony when it benefits her agenda and uses it when it benefits her agenda- as all judges do. Most telling? If you bother to read Cale's report he assigns blame to my person; he says my children seemed opt be angry and says it is anger at me when my kids NEVER said that. He uses words to make it seem as if and when he knows he can't testify to anything about me unless he meets me in person. I not only proved Cale perjured himself by testifying to the impossible but that he tampered with his own records in order to hide what my kids did tell him and to hide the fact that he abused them in his office. When I told my attorney three years after the fact? She was stunned. Guess what? It has to do with the difference between absolute and whole numbers – again like <u>BVG</u> as the injury is endemic or from the lone citizen up to the office of President - and so only an extremely observant person who knows her math inside out as well as is an expert in human behavior would ever have discovered this, that is, I knew Cale had done what my children reported to me and what I myself heard him admit from upon the witness stand but when my attorney asked me to prove it as if she

had never been in the room to hear his testimony she was blown away when I told her HOW it was very easy to prove as it never occurred to her. Thus Rennselaer and counties all across this nation have no excuse and no reason for what they have done as I have encountered this courtroom nonsense in over 5 states. It's proof that men have no protected right of custody of children and that giving it to them as a right then violates the original separation of powers known as biology thus causing women and children to be sold and humanly trafficked across state lines and by county and state authorities. SCOTUS created a situation whereby the abuse and battery of women is inescapable as men are allowed to use the courts to do it. Lawyers know this but refuse to bring the case as it means less money for them. MONEY was always the reason lawyers cited when refusing to act and/or to represent me.. <u>ALL</u> counties in the US have discriminatory and unjust policies that harm women and their children as they justify their actions by citing SCOTUS rulings decided in error and even wrongly; to justify the injury they deny reality and ignore all fact and law.

11.     Philadelphia county had unjust policy targeting women - to ignore all claims of domestic violence but in Philadelphia it was taken a step further: My children and my person were placed in protective custody. While in protective custody our named batterers then petitioned the court to gain custody of the children and so stop me from criminally prosecuting them as the children were used as threat against me as in "if you prosecute us youll never see them again". Our named bafterers were not only allowed to petition the court but were also allowed to manipulate the docket by being heard first - to prevent me from appearing as they were concerned I'd find out they had entered a petition and so appear. They and their attorney perjured themselves and even though they were named as our batterers they were given my children; my children were removed from protective custody and handed over to the very people named as those we needed to be protected from! Upon direct confrontation I was told Philadelphia County had a policy to award children to any related person even the named batterers as it then saved the county money! Later Philadelphia County invoked other unconstitutional policy, to deny the reality of domestic violence and to deny the reality that women are victims, and Philadelphia county also refused to acknowledge the Constitution both state and federal applied to me or my kids. 5 judges came and went and all 5 refused to acknowledge all fact or law; all actively sought to dump the case as they knew it was SCOTUS bound due to how my children ever came to be in the custody of the Herbert's and then the Austin's. But not their father or me. Again the number of acts prevents me from listing them all separately and I did enter the paper trail to the federal court already but I must name the most serious action of all which the officers of the Philadelphia courts should hang for:

12. David Austin and I were and are strangers to one another and are of no relation not even via marriage. This man not only did not know me but he and I weren't related then and are not now. If you read the affidavit the Austin's entered to then secure standing in the courts only David Austin filed and only he filled it out. He and his lawyer perjured themselves VERBALLY claiming we are related and VERBALLY claiming that they had no idea where I was and that I could not stand as I was incapacitated, a lie, when they then filled in, in WRITING, "North Dakota" as my physical location and left each and every space regarding my person blank up to and including eye and hair color when my hair is unmistakably red - if you ever laid eyes on me which David Austin had not as we are absolute strangers. The children's actual relation, Cate Austin, signed nothing and may not have even appeared that day. David Austin's motive was ownership of a house, the $1 deed of which I entered, as that is what he was paid to commit perjury. BUT: What Philadelphia County did? What that judge did by upholding that affidavit that completely conflicted with the verbal testimony and so awarding the Austin's temporary custody of me and my kids? It's as if in Philadelphia county and later the other counties ruled that a person, a man with zero interest and zero right, can walk to a park, pick out two kids he likes and then go to a courthouse and say, "I just saw two kids I want to steal. What do I fill out so I can get away with kidnapping kids that are not mine and that I'm not even related to?" and as if Philadelphia then said it was acceptable and even legal to pick two kids at random and file for custody of them! To my knowledge Philadelphia county has not stopped allowing unrelated men from filing -as long as they hire a criminal lawyer who will VERBALLY support the lies they tell in court; the county has never once checked the fiw affidavits against the verbal testimony and/or actual reality. When I brought this up judges began dropping like flies. Believe it or not this isn't the worst thing that happened to us in Philadelphia County but is the event I find most incredulous. In 1996 and 1997 Duval County unconstitutionally dismissed felony assault charges against one of our batterers; the county and state admitted to unconstitutional policy targeting women: It said it routinely dismissed charges made against Navy personnel. It only contacted me after the fact thus those felony assault charges remain as does something else: My sons legal status as an unborn person who is now 13 years old. My children had their rights violated before their birth and one of them has managed to preserve that legal standing as I not once failed to act in his defense not even when the entire US Navy set its sights on me in an attempt to shake me. FL and Duval County caved but I did not. To this very day Duval county continues to act against me as it now refuses to hear emergency motions and refuses to let me represent myself; Duval County told me over and over that it did not allow parents to represent their own persons. At one point county agents physically held me against my will in an attempt to stop me from filing the paperwork and only released me when I threatened to go back to SCOTUS and name them individually. They flinched when I informed them that they would find my name on the SCOTUS docket two times over

thus I could and would go after them. Upon filing those papers which is an emergency motion? Both family court judges ran, they literally and actually ran as they went home and then called in sick the next day and to date this motion sits unaddressed within the court. It is now about two years old. NOTHING that subsequently happened to my kids or me could have happened if FL and Duval County had obeyed the law of FL and the law of the US in 1996. Yes, I would have been injured and yes <u>Bush V Gore</u> would have happened and injured me further but my kids? <u>They would not have suffered for a single day once I filed those felony assault charges.</u> The counties and their agents abused us more and worse than any family member ever did and so the counties and their agents caused my death, a physical death I survived, and caused my children's most severe injuries both physical and metal.

13.     Approximately a year and a half ago FL admitted to other unjust policy that targeted women and made the injury inescapable as it subjected women to repeated assault and even lethal danger: Besides their policy to never press charges if the spouse was a Navy spouse FL had policy that dictated the state was not to press charges if a woman was strangled into unconsciousness but did not die as prosecuting the case was difficult and expensive thus women were denied remedy and relief and their batterers walked. FL is not alone in doing this so men learned exactly how to abuse women but not pay the price; that is they learned what they could and could not do to women as the states did not prosecute some crimes like attempted strangulation. .About a year and a half ago FL admitted ot this policy and passed new law regarding attempted strangulation – as the cases were increasing. Why wouldn't they if FL wasn't prosecuting them??? I was a victim I this policy as the 2nd degree assault charges were fro attempted strangulation and holding me at knifepoint for about eight hours while pregnant. FL has a 911 call it refused to release to me and my attorneys; to this day i have never received a copy of this call although FL admits it exists.

14.     I count Sanford Finkle and Arnold Weinstein as court officers as that is what they pretended to be and that is what Sanford Finkle told the US Marshal's Office that he was; he misrepresented himself as an officer acting for the Rennselaer county court, as if the court asked him to do so or as if it was his official job. Arnold Weinstein acted to white out his name but not his secretary's name on copies of early court documents he faxed to my attorney, to me and to the subsequentcourts as he understood exactly what he did by signing and entering that false affidavit and when fabricating a false court petition, when making a bad case he always knew was not an actual case. Sanford Finkle and his action is more heinous in my opinion as every single event in NY and that happened after the fact of the December 2000 Philadelphia County Court appearance and ruling and that is,ig still

happening today, even the federal activity, can be directly traced to his person. That is, he caused it all by first entering that made up cause of action, INSURANCE, and later authoring and entering closing arguments and an appellate brief that contained zero fact, zero supporting evidence, zero case law and zero cause; as he completely made up INSURANCE as a cause of action he then had no case law and no evidence. The one thing he entered NY says you may not give weight to and Griffin did not. Sanford Finkle is even connected to NY Appellate Judge J. Mugglin who authored an exactly worded violation of the bill of rights in my case as he had no thing to use ta=thea-u" and/or rely upon to then rule against me so he too made it up only badly so and Finkle is also connected to employees of Albany Law School who lied to me, injured me with impunity and who leaked confidential information contained in my file - it is one exact person named Lorraine and I already entered the proof to the federal court - as well as the lawyer who deliberately lost my case as he did not argue what I and my family court attorney ordered him to argue and whose facts are custom tailored to my own. While I do not know exactly how Greg Rinckey came to be assigned to my case as it was not random I can and did connect Rinckey to Sanford Finkle and to Linda Griffin and Finkle is the reason, *the* cause, I ever came to meet Griffin, McMillan, Ortiz and Cale or even the master for the state of NY. Everything after December of 2000 is directly due to his person and his actions. Let him blame the Austin's for hiring him or for Griffin listening to his non-argument as Finkle's reputation in Rennselaer county and in the Albany area is if you want and need a slimeball who will do anything for a buck then hire Sanford Finkle. As I was raised in this area I know plus Finkle is the guy who wrote an exact lie, slapped it on the last page of his appellate non-argument and so invalidated a good contract upon appeal thus I wouldn't be able to sue the Austin's for that house as if I did? He wouldn't get paid or so the seller, Catherine Garrett, told me. It's common knowledge among lawyers as <u>judges know to look for this slimy behavior</u> and that any lawyer who does it is scum of the Earth and so is any judge who pretends he does not know it, as he assumes Susan is stupid as she's a woman without a paper license. As I'm an attorney who knows at least one other ethical attorney and plenty of unethical ones I know this; I was told this to my face several times over. Law schools teach this trick and Albany Law did not deny it upon direct confrontation. I'm a victim who knew but was forced to sit back and watch her victimization unfold as no action on my part was ever going to stop it save for forcing SCOTUS to act directly upon my direct entry whether they then filed the paperwork or not as a part of my knowledge is the criminal activity in the cases of women and in my case is endemic today. SCOTUS announced it would harm me when I first contacted it in February of 2007; as not one woman ever made the case for equality and no male scientist ever resolved Uniformity I then knew the threat the SCOTUS clerks made would come to be realized as I was it; my testimony has always been that the clerk named will said he knew what elements to look for in the case of equality and that I seemed to be

the case so he would sink me and my case -THE case - and so would the other clerks. If the vote of a woman has never, ever had actual legal power why wouldn't I believe him? Why wouldn't I believe any and all threats ever made against my person by the people who face jail time for what they did to me and my sons? Did PA, NY or FL and the involved counties and officers ever truly believe I wasn't threatened and wasn't harmed? **The answer is:** ***they don't put people who are safe into protective custody; they reserve it for those whose lives are in actual danger.*** **In the person of Susan Herbert, as they could not make her their victim and could not force her to be guilty as I am not they knew they met their match and that I was SCOTUS bound thus liability would ensue – for all women and children so they felt they HAD to get rid of me, harm me and even kill me  - to protect the status quo.** Most obviously and blatantly Rinckey's partner took over for Griffin when she retired so Finkle has an even closer, more friendly buddy on the Rennselaer County Family court bench: Rinckey's firm is named Tully, Rinckey and Associates; that exact Tully took over in place of Linda Griffin.

15.     No woman is safe in these counties or in any county in this nation as this is going on everywhere, as that is what the word endemic means. Corruption that rose from the lone citizen and is within the entire government harms them in our most fundamental court, family court, the point of entry to the system and so the law for most women. It causes a situation whereby the nuclear family backed by the county and its agents is the reason women are initially shut out of the process in such a way they are incapacitated thus experience only what is undue and unjust upon every level of society. No liberty and injustice is then 'imprinted' upon their person and their children's persons, as if women are actually weak and

PACER and to this day they have steadfastly refused to copy it for me so I do not have a copy. I do however have a list of all the documents. I have attached that list, This court will need me to walk it through that list as I compiled it as a chain of causation so at first glance it may not make sense as it seems as if federal, state and county documents are mixed together. No, as my case jumped states and re-entered the same states over again as they unconstitutionally reassumed jurisdiction after giving it up as this case was actually set in motion when Eve had an original thought and so ate that apple and then like Eve when one of our Founders, Thomas Jefferson, acted upon an original thought he himself had and so said his idea out loud to another human being and then wrote it down on paper and published it; this idea is commonly known as "A Summary View on the rights of British America", or, **INALIENABLE RIGHTS THAT ARE BORN OF GOD THUS CAME INTO EXISTENCE AT THE CREATION OF THIS UNIVERSE.**

16.     I, Susan, have proved Jefferson is correct and Darwin is not by acting upon my own original idea; I bring the legal and scientific proof with me as I am the proof.

17.     I will now give some credit to a man, who is also the living proof of Jefferson's theory: The man who presented himself as the acting, legal Secretary of Defense? He can argue constitutional law almost as well as I can. He also knows some physical laws that only I know. He too reasoned the war check and balance and he too reasoned almost all of the points in this case with a few exceptions: He did not know <u>BVG</u> is a tie until I told him, and he did not know the correct application of combat and custody of children nor when life begins as he can't, as he's a man not a woman. He knew why <u>BVG</u> is unconstitutional, all of the reasons, only he did not know it is a tie thus did not know how to overturn it and so couldn't enter SCOTUS directly. He did however come the closest of all living people I have ever encountered – he even said the last piece of the legal argument for the Sioux out loud *before* I had a chance to reason it so he owns it - and he not once questioned my authority. YES we argue science as he is worried his life's work will be trashed - it hadn't occurred to him that he needs me to prove what he has on paper only, that I can and will prove in real life what he has written on the paper and so prove it within a court of law as he did not know I conducted those experiments - and YES he tells me to shut up as he wants me to know what he knows about the Constitution but so far? He too is a triple threat, as he too knows theology is a science while religion is not. <u>We both know the same things. We both came to '"the whole truth.</u> Thus a man

not a woman is my closest equal when it comes to reasoning and applying the law to humanity. It very well may be that he wishes he had been victimized by a county entity as he might then know the argument for women and for life as to date only the state and federal authorities have been defeated by him. He hasn't had the opportunity to engage and defeat the family court - yet. I know: A county entity wouldn't stand a chance against him. This man is the most perfect Secretary of Defense this nation ever had. He first said he wanted to act as President as he would and could as he is my equal and then said Secretary of State but settled upon Secretary of Defense as that is where he is most needed and where he can do the most for this country. But that raised a point of law as I have always known our current chain of command is unconstitutional and even if you go by what experts claim and so invoke the constitutional cabinet chain? Alexander Hamilton and his overblown ego is the reason the Secretary of the Treasury is third in line; it should not be the Secretary of the Treasury but the Secretary of Defense. This is I, Susan, giving Ray his day in family court, against the counties, as he has no biological children thus he never would enter family court but all Americans and then all humans on Earth are his children as he acted for them. He found me. He truly is a Founding Father to my Founding Mother; like Abraham and Washington billions of people are his children. I attached him to this case in the judgment against the counties as he does share a relationship to all natural born citizens as he is anything but foreign to the Constitution. To arise from the American family court and make the case for equality causes you to become the greatest weight as you then move an entire planet. Ray deserves to be recognized for the life he lived which like my own is his service record and he too should receive delivery of the actual paper commission.

All I did, my crime, the thing I was punished for, is having my own original idea or not obeying and acquiescing to make authority over my person and then acting upon my own idea thus mimicking our Founders: I was standing within the city of Philadelphia and then inside a Philadelphia courtroom. PHILADELPHIA, where it all began where and where our Declaration was written. Where Independence Hall and our Liberty Bell sits. As I'm a physicist I know the inscription upon the Liberty Bell is no accident and it was not accident that I was standing here, in a court of law in Philadelphia. I resolved Uniformity; this universe is not random but orderly; it operates upon law -

the very same law our nation does as our Founders did manage to capture the natural order of creation within our governing documents. The same law that rules this universe rules mankind.I knew Bush V Gore was the conclusion of their experiment thus it was time to review our mistakes, some of which were not mistakes but crimes. I knew the answers to the questions the founders asked and then acted to answer: Can man govern himself and what exists at the Founding of any great government? Man *can* govern himself the caveat being so can woman as all of us are human.  Their experiment is scientific as they defined the parameters and employed controls such as keeping Madison's notes from us from us for fifty years and not allowing us to hear or read the Justices case conferences as they are not recorded at all in any way. I knew and I had my own original idea as one thing had never, ever changed and it was the very thing that cussed the Republic to fall via the Judiciary and Bush V Gore. I could answer the last question the Founders asked that yet went unanswered: If the Republic falls can a lone citizen save it via nothing more than their one vote and their knowledge of the law, or, upon their own will and liberty?

I had the idea to invoke the Declaration and the Constitution in its purest form as I knew to avoid the mistake of the past  - relying upon corrupted personal beliefs in place of what the Founders aka the prophets had written such as relying upon a Pope instead of what Jesus actually said and did or in legal terminology relying and depending upon an outside authority other than your own person, something Jefferson accused Madison of upon his deathbed as Madison never truly owned what our law is and says and that is constitutional authority itself - and so I informed the city, county and state that I knew that they knew the law and American history thus none of this was accident so they were going to obey the Declaration and Constitution  in my case and so apply it and Marbury V Madison to a woman for the very first time or we would be meeting in the federal court, most likely inside SCOTUS, as I Susan knew Bush V Gore was a fabrication or lie and sat as a tie thus I could get inside SCOTUS by...*Suing SCOTUS itself!*  Sue the MALE Chief Justice and MALE President, the MALE majority on the Court (and in the entire Judiciary) who heard a bad, made up case w/o any actual point of law that unjustly targeted women and the ethical citizens; sue the MALE majority Congress who let it

proceed and who illegally control and manipulate the ballot so were responsible for both Bush and Gore even appearing as Presidential candidates and who craft and manipulate legislation -and even ignore it if necessary - in their favor and who's members once announced that if they were made to actually obey the Constitution they would have little or nothing to do so they know and are deliberately committing crimes; sue the MALE authorities and MALE business owners who fund campaigns via PACS and who covertly and subvertly run this nation via made up organizations like the Bilderberg Group and Relation of Foreign affairs who actually installed Bill Clinton are now harming me w/o any named reason or cause but only as they could and did as not one voter was willing to challenge them directly as if our law did not provide for it when it does as we all know US V Nixon happened and we all know you need not wait to act until you have a court ruling in your favor as that day may never come as evinced by our own Revolution: I had to do what no man was willing or able to do – take on everyone and everything that is unconstitutional and that happened after 1803 or after the death if John Marshal who is an original Founder. I had to ask and answer: Men can sue the male authorities but women can't? Or is it the male voters and male office holders refuse to let such a case proceed as it is unfathomable to them that a lone woman can do what men are <u>afraid</u> to do? That men can't have a woman make her case as then male authorities would on longer enjoy unjust privilege and overly broad power? *If the male candidates and current office holders across the board are fit and are qualified why wouldn't any of them sue?* Because: They aren't fit and aren't qualified and as no man can accord liberty and women justice as to do that you actually have to be female; because: They are actually afraid and lack the ability to defy peer pressure thus do cave to those who installed them rather than obey the Constitution and act in defense of The People and because: They'd have to plead guilty and start by suing their friends and family members.

My actual crime was and is being the most willing American citizen ever as I was and am willing to bet my life upon the Founders thoughts, feelings, ideas and beliefs and so upon our two governing documents and The People. **<u>My crime was and is possessing actual faith.</u>**

In this case there are several things the counties can and will do to then accord women and their children justice, as money does not equal justice in this case. All the money in the world cannot resolve the injury women have suffered at the hands of county court officers and at the hands of hired guns or experts for pay, people presenting themselves as experts who are concerned for the well being of women and children in the county courts when their only interest is profit. Yes the counties must pay me damages but I can tell them exactly what they have to change and/or fix, and even what they must institute to remedy and relive the injury. Due to my extensive life experience I am now a person that can sit in any county courthouse for about five minutes and know exactly what they are doing incorrectly and unjustly. I can also tell them which things they are doing that actually work.

The counties must first be made to acknowledge the injury, to acknowledge the reality they all told me was common knowledge but that no person was willing to admit to in public: That once county courts close their doors domestic violence is ignored and so is the discrimination of women, that is it is perpetrated thus women are subjected to discrimination and domestic violence in the courts by the courts, that this injury escalated and escalated without nay relief until it was endemic and entered the Whitehouse and Supreme Court.

This nation should hang its head in shame for so miserably failing those who are most vulnerable and doing so with forethought and deliberation. What county courts engaged in has a name; it is known as crazy making for whenever women protested they were and are told they are crazy, that none of this is going on in the court and that judges and lawyers would never, ever do such things to them – a lie. "Crazy making" is named in the DSM. In this unique case? The counties reaped what they sowed as they ordered Susan Herbert to undergo a court ordered psychiatric evaluation and the doctor found something very, very telling:

In the case of Susan Herbert the men in her world are <u>unreasonable</u>. They either can't reason the law or won't reason the law. I say this is very telling as Barack Obama is a man who is a past president of the Harvard Law Review yet he has cried over and over and over that he can't answer my suit, that he can't argue in his own defense and that he can't defend the Constitution w/o the assistance of a paid, hired gun who is willing to commit crimes in exchange for money as Bob

Bauer like all the county employees and all of the lawyers I encountered knows what Obama is doing now and has done in the past is not constitutional but Bauer protects him regardless and at the expense of myself and then all women.

*Boy oh boy does this story sound familiar to Susan Herbert. Let me guess: The federal bench ignored and denied the domestic violence named in Article 4 as soon as the federal doors closed?*

Susan Herbert

2010

To the clerk:

Here are two more parts of Susan V Obama...I believe only two more are coming. They are separated by a blue sheet pf paper.

Susan Herbert

Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY

PLEASE PRESS I



1006    51101

AMOUNT
$5.60
00042835-60

Cannot read
postal date. ok

**PRIORITY® MAIL**

STATES POSTAL SERVICE

Flat Rate
Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*



it of mailable material may be enclosed, as long
elope is not modified, and the contents are
nfined within the envelope with the adhesive
s the means of closure.

ATIONAL RESTRICTIONS APPLY:

D WEIGHT LIMIT ON
ATIONAL APPLIES

From:/Expéditeur:



Susan Herbert
1100 Seagate Avenue 101
Neptune Beach, FL 32266
#1 in Particle Physics Since July 4th, 1776 !

United States Postal Service®
**DELIVERY CONFIRMATION**™



0309 0330 0001 1519 1750

To:/Destinataire:

US District Court, Northern District
of Iowa
320 Sixth Street
Sioux City, Iowa 51101

Country of Destination:/Pays de destination:

design. For more information go to ...
Cradle to Cradle Certified™ is a certification mark of MBDC.

