# ATTACHMENTS

The list of attachments entered to federal court. Some of these attachments are for more than one case, as I will be entering the judgment I won against WalMart or big business in general to then defeat PACS and China. To become the authority I had to use my vote in such a way I leveraged power and authority back and forth, stacking it so that each entity needs me to be heard. For instance China owns about $750 billion in US debt; if they call it in we can't pay it so they then can seize all US business interests. We might want to let them keep those interest as the US shouldn't be doing business there to begin with as it is unlawful as you can't collect on an honor bound agreement if one party has no honor – if they contain the will and liberty of their people. What if china does act ot collect on that debt and seize US businesses?

I hit China up with the truth of nuclear chain reactions plus I have another weapon at my disposal as the guy I hired as Secretary of Defense has something we can use over China. Once I tell them what I know and what we can do? China will not be seizing anything and they can't use the idea of nuclear weapons to threaten other nations anymore. So it might seem if some of these documents are out of place but they aren't.

How good is my argument? When I mailed it to WalMart they voluntarily pulled out of my town after stating they would sue us. They wouldn't give a reason as I'm the reason: I'm the authority, I'm a woman, I live in a military town and I know physics plus US law.

Original Exhibit Book Marked with Docket number and titled Austin v Herbert Entered on the Court Record in New York and Pennsylvania contains:

a.   Chestnut Hill Hospital Records

b.   Correspondence from City of Philadelphia Indicating David Quinones for  Child Abuse

c.   Treatment Record of James R. Miller, MD hand surgeon dated November 19th,1998

d.   Chestnut Hill Emergency Department Record dated November 27th, 1998

e.   Correspondence from West Central Human Services Center, Bismarck,  and

     The Heartview Foundation May and June, 1999

f.   Psychological summary of Susan by Thomas Kenny, pursuant to order of Judge Cipriani

g.   Psychological summary of David Quinones by Thomas Kenny February 14th,2000

h.   Custody Evaluation and Contract by Gerald Cooke, PhD September 18th,2000

i.   Negative Drug Test by NSA Maryland, Inc. for Susan

j.   Confirmation of Treatment by Robyn Waxman, PhD "Waxman Letter"

k.   Correspondence of ACT, Inc. Active Coalition for Transitional Services Inc. for supporting survivors of Domestic Violence

l.   Correspondence of Pathways to Recovery regarding Treatment of Susan dated February 8th,2001

m.   Correspondence of Robyn Waxman, PhD "Waxman Letter" dated May 10th,2001

n.   Correspondence of Pathways to Recovery regarding Treatment of Susan, with Negative Drug Test, June 11th,2001

o.   Correspondence of Robyn Waxman, PhD "Waxman Letter"  dated December 3rd,2001

p.   Photocopies of Insurance Cards, indicating coverage of children, Ethan and Christopher

q.   Photographs of Susan and children

r.   Photographs of Caller ID Box in Susan's Home confirming telephone call by person calling herself Stacey Collins dated March 11th 2002

s.   Philadelphia Police Complaint for children being with held from visitation by Charles Herbert June 15th,2002

t.   Provisional Custody by Mandate from Louisiana by Notary Public Revocable at Susan's Word

u.   Petition for Initial Hearing for Placement of Children by Philadelphia Department of Human Services dated November 13th,1998

v.   Custody Decree dated November 24th,1998

x.   Petition of Susan in Albany County Family Court together with Pleadings for Dismissal for Lack of Jurisdiction dated June 15th,1999

y.  Partial Docket History from Pennsylvania Custody Proceeding

z.  Complaint for Custody of Minor Children by Susan in Philadelphia court of Common Pleas 1999

aa.  Answer of Respondent to Custody Petition by Third Party, The Austins Philadelphia Court of
Common Pleas dated July 9th,1999

bb.  "So Ordered" Temporary Custody Agreement dated March 10th,2000

cc.  Motion and Support of Transfer to Rennselaer County Family Court

dd.  Order for Transfer of Jurisdiction to Rennselaer County by Judge Jerome Zaleski dated December
4th,2001

ee.  Correspondence from Renneselaer County Department of Social Services dated August 1st,2002
Phelan, Thomas W. PhD 1-2-3 Magic Effective Discipline for Children , copyrighted book recommended
by Dr. Robyn Waxman

Entered to this Federal Court:

Florescent Tabs; Primary Tabs marked with * ;
Arranged as my chain of causation or my argument or case.

Entrenchment of two parties, Women's Rights or Human Rights violations and record, political agenda of
court, Federal

 *1. Facts of my life: federal ID, birth certificates of minors proving natural born citizenship and first
Attempt at writ of certiorari

A.  Article: American Bi-Partisan Monopoly, citing entrenchment of two specific parties

B.  Article: Democrats and the Supreme Court, citing politicization of court

*2. Article: Changing Supreme Court and Women's Rights, citing politiczation of court and refusal
To accord basic human rights or dignity and inherent right of safety to women

*3. Congress and the 1964 Civil Rights Act, citing jokingly and disrespectfully used the word "sex"

C.  Article: US Rejects Women's Rights at UN

D.  Article: Bush: Truth About Women's Rights   Red Primary Tab #3 Article: Congress

E.  Article: Supreme Court's Excessive Secrecy, citing secrecy harms public and causes injustice

F.  Official Government Website: The Justices, citing biographical information

G.  Article: Roberts Resisted Women's Rights, citing Roberts own written words re women

H.  Article: Domestic Violence in the Military, citing cycle of blame, shame, anger, guilt, denial

WalMart PAC money, and government passes re violations of law and subjugation of Women; WalMart

And thus US involvement in China, a dead or communist government

I.   Article: Judge Certifies Wal-Mart Class Action Suit re Discrimination of women

J.   Article: WalMart Largest Political Investor, citing PAC contributions to Republican federal elections

K.   Article: Bush Gives Pass to WalMart for Labor Violations, citing dismissal of fines, no action taken for violations against women and minors

L.   Article: Walmart China Inventory to Hit 18 Billion Dollars US, citing manufacturing sold to US

Chinese Violations of Women's or Human Rights and Judicial Politicization and now linked with US denial of Rights of Equal Protection and politicization of US federal judiciary via above WalMart/ federal tax breaks and passes on federal labor violations that target Women

*4.  Article: China's Lack of Judicial Independence
*5.  Article: China and Women's Rights
M.   Fact sheet China and Human Rights, citing human rights violations of persons who are female, including female infantcide

Legal Battles and Struggles of American Women; Abuse of women and failure of government to accord Inherent Right of Safety to Women and then children who are natural citizens; failure to adequately address Emotional abuse by state law

N.   Timeline: Legal History of Women in US
O.   Timeline: Battered Womens Movement
P.   Article: New York History Seneca Falls Womens Rights Conference of 1848
Q.   Timeline of the ERA and its failure to pass as an amendment, citing exceptional rules applied only to ERA
R.   State Code listing of Open Ended Domestic Violence Laws, citing Emotional abuse is part of domestic violence codes in NY, PA, FL and several other states but law is overly vague
S.   Article: MedicineNet: Emotional Child Abuse, citing emotional harm is abuse and has potential to be as severe as physical abuse

Civil rights violation of Susan as a person who is a woman in Florida; arbitrary censorship of freedom of political choice by library which unfairly targets women and the poor as it protects two specific political parties who have both discriminated against women and also poor women, as poverty is a direct result of past discrimination of persons who are women

T.   Article: Florida State Law, Attorney General and The Sunshine Law, citing full disclosure and no questions asked by state agents if resident is invoking a right, meant to be non-discriminatory

U.   Documented censorship at Jacksonville Public Library which accepts federal funds and then invokes claim as such it must censor web, by Websense filter of terms "Democratic Republican Monopoly"; proving discriminatory and arbitrary censorship of information available on web; proving political agenda or political motivation NOT purposeful to protect citizens

Neptune Beach history paralleled with the founding of our Nation as both were Equal protection and due process issues, or taxation without representation; WalMart use of intimidation and threat against person who is a woman on town board in the form of exploiting legal process and causing financial damage or threatening a female with the idea of money

V.   Article: Neptune Beach History, citing town formed in tax revolt

W. Article: Neptune Beach Pressured by WalMart, citing tactics of WalMart

X. *6 Neptune Beach Vice Mayor Harriet Pruett, citing vote and feelings re WalMart

Y. Article: Neptune Beach Okays Walmart, citing town board violated will of people after two NO votes and vice mayor, a woman, Harriet Pruett, publicly acknowledging two prior NO votes and that she was violating will of the people and publicly stating that she "felt" threatened by WalMart; as seen on First Coast News


Florida, Duval County, civil rights violations as police failed to protect and accord even minimal inherent right of safety; both sons injured before birth

Z. Neptune beach police Report, citing me, female, victim who called is to blame

AA. Neptune beach police Report, citing, me, female victim who called is to blame; one of these reports blames, and one proves officers are familiar with my situation as they took report of stolen bike and so know my son who is also a victim of abuse and police were told this several times. Other more serious reports exist.

BB. Article Florida Times Union, re one of the Two most severe incidents of domestic violence – strangulation of me while pregnant with Christopher, Dated June of 1996; Chris later named unborn person in state formal charges of felony assault and battery

CC. Jacksonville, Duval County Order of Protection, June 1996

DD. Jacksonville sheriff letter refusing to release report for court citing money as reason, 1999

*7. Actual JSO police report finally acquired in 2007

*8. State Attorney referral; offered no remedy or relief of acts of abuse, assault and battery, or of several civil rights violations including misuse of Patriot Act, right to vote, violation of UCCJ, free speech, Failure of FBI to act for us, Failure of Congress and Department of Justice, failure to recognize Chris' resident status or military dependency, illegal dropping of criminal charges, etc. etc. would only Cite that third parties may have made phone calls and hacked into internet account as brother is a Professor of computer science and as police and hopsital records document abuse and so reasonable Suspicion present; refused to note possibility of FBI civil rights violation

EE. Document from Family Court Duval County, issued when denying me entrance to court; could not cite law and admitted law is vague; said I could not see judge and referred me to legal aid although legal aid refused me

Chinese thus WalMart  Connection to Duval County, Neptune Beach, military, Republican party on federal level, Democratic used to be local level in Duval County, now  Republican at local level in Florida

FF. Article: history of Jacksonville, citing naval military history and Chinese sister city relationship as well as several other world cities

*9. Article: Chinese city of Yingkou is Jacksonville sister city


Pennsylvania; EE Walmart violation of law in PA; connection to state and Republican party; attorney and/or other professionals violating laws and state license

GG. PA State Constitution, citing equal protection and due process to all citizens; does not differentiate between male and female persons.

HH. Notice PA sent of intial hearing by 1st class mail to PA address I did not reside at; no signing necessary and not required by law

II. One of Earliest pleadings in PA by Austins, not the earliest, citing Catherine Austin Not Present

JJ. Letter by Charles Herbert, citing his "four point plan" for Susan's "life".

KK. Police record of Charles interference with Visitation, Dated June 16th, 2001

LL. Letter from third parties attorney, Arnold Weinstein, citing oral and written agreement to meet a second time with Dr. Gerald Cooke.

MM.    Letter stating transfer of case to new judge, the third judge to handle case.

NN. Record of another judge, Jerome Zalewski, fourth and final judge appointed at last minute

OO.– SS. Letters of Susan, mother's attorney Michele Winters, documenting conduct of third parties and their attorney

*11. Duplicate Copy of Charles "four point" for "life" of Susan  letter

*10. Earlier petition requested by mother, Susan, sent by Arnold Weinstein after documentation of his conduct; Weinstein has "whited out" his name as it appears on all other documents including original

TT. Original Contract for Private Custody evaluation; later amended at third party request as third party objected to  #7, mother retains right to petition in Spring if third party does not resolve conflict; third party later did so after verbally agreeing not to initiate any further action.

UU. Copy of Susan's Grades, proving contractual stipulation met in PA contract

WalMart/PA political/ judiciary connection

VV. Article: WalMart Sued in PA for Violations of laws

New York State Several civil rights violations of mother and children, ignored complaints of emotional abuse and harassment, false charges against mother, Susan, New York Sate doctors and attorneys violations of professional  licenses and/or mandate; possible criminal actions and links to local entrenched Democratic party at city and county level; Showdiak common link of Albany Law School, Ny state licenses as professionals or by election to judiciary, and the Democratic Party
 Reminder: * denotes a primary colored tab.

Very first attachment: first attempt at Writ of Certiorari; includes Appeals denial that lists no reason; equal protection and due process violation as there are constitutional issues in my family and appellate court. As well as possible criminal acts or gross negligence and ethics violations in decisions; state government of NY under Republican as is federal government.

WW. New York State Constitution, citing right to eqaul protection, due process and to have charges named

YY. New York Police report and MD police report of harassing Stacey Collins phone call

ZZ. Mother, Susan's Answer and cross complaint of violation of order of another court and motion for summary judgement

1. Response of New York State to Dr.Robyn Waxman's concern re emotional abuse that is or may become mental battery, and that may become physical abuse, citing it was not found

2. Response of County to complaint of physical abuse, made by Dr.Randy Cale against the mother, Susan, and first found and then unfound upon Charles Herberts, a PA non-witness, not childrens, testimony

3. Letter from Kelly Curro, mothers attorney, citing fair hearing confusion over two mismatched reports and citing no physical evidence of any physical abuse

4. Fair hearing decision which unfound charge of abuse against mother, Susan

5. Report of Randy Cale, assigning anger to mother without cause as he did not ask children; also gives custody recommendation after stating he can not; also date of report very early and not released

6. Report of Leslie Ortiz, citing record of her address as a neighbor of third party, the Austins and containg ₳ ₚQuotes from the minor children and no statements such as "he said" or "they told me" as if to make it Appear or seem that Ortiz did not interview children; No quotes from any adults; deliberately withheld As Ortiz never spoke to mother and used words to twist mother sworn testimony in court, again, making Appear or "seem as if" mother was using drugs illicitly; also Ortiz first to use word "unfit" a legal Criminal charge in New York and one she is not qualified to make.

7. Kelly Curro letter, citing Sanford Finkle's failure to mention proven perjury by production of Albany Memorial Hospital Records and failure to cite ANY CASE LAW; NONE

8. Kelly Curro closing argument on behalf of mother citing law and facts of violation of court orders in two states, both NY and PA and abuse and two acts perjury by the Charles Herbert and Austins in courtroom

*12. Article: Judge Griffin Favorite of Democrats in power for more than 60 years; photo of being "handed" County bench

*13. Fact sheet: some of Democratic Campaign contributions to Griffin; note almost all local municipal and county seats aɾᵉ Dᴇɴᴏᴄʀᴀᵗɪᴄ

*15. Griffin Chair of Judicial Gender Bias Committee; proves deliberation and knowledge

*17. Austin grandparent, Garett Murphy, former owner of 143 Pauling Ave home member of Democratic party, New York State's National Director of Literacy and author of NY unemployment law

10.Deed and Mortgage of 143 Pauling Ave owned/sold by Austins/Murphys dated October, 2003, proving house was attached to children; sale price $1.00

9. Greg Rinckey 3rd District Appellate breif ignoring overturned claim of abuse and actions of judge in court room in violation of court rules and NY law

12. Greg Rinckey Appeals brief; entered after he was fired over phone without my knowledge or consent and against my will.

13. Sanford Finkle's deplorable Appellate Brief; casts doubt, blames, contains exact lies, not factual

14. Greg Rinckey's insulting and abusive my appeallate briefs were my "best effort" letter

21. Pages of transcript, only ones I have, taken from appellate brief; proves printing is done out of house and suggests transcript was purloined and delayed deliberately

15. Toll and hotel receipts Finkle cast doubt upon as not existing in family court hearing

Albany Law School Domestic Violence Clinic and poor person's petition [filled out in clinic in school] links law school and  attorneys violating professional licenses in Democratically controlled county judiciary

16. Letter from Albany Law School citing confusion and Greg Rinckey's exact lie as he represented me after I fired him.

16.a. Albany Law School letter; Lorraine "blames" Jennifer; states I requested representation – I did not; Lorraine ignored info that fell under NY mandated reporting laws.

Documentation citing FBI's refusal to Act on mother and childrens  behalf; illegal and abusive invocation Of the Patriot Act against mother Susan made possible by singing and renewal of Patriot Act; proving Political entrenchment of two parties as a monopoly of power in violation of will of the people and Proving federal government is well aware of numerous civil rights abuses of this Act; Federal, Republican controlled judicial/police power

17. Outline sent to FBI, sent with complaint of civil rights violations followed by phone call.

18. MSN printout of FBI illegal search and seizure via the internet; filed police and state attorney reports

19. Response of FOIA by FBI; untruthful:  I was exact and specific listing my address, location as library and the exact computer, identified by number, which I was using

20. Article: Lawmakers warn FBI abusing Patriot Act

Civil rights violation in South Carolina; grade school reports cards proving ability and capability to reason, learn and to own new knowledge and photos proving emotional bond with children

*18. Evidence of more Facts of Susan: proof of driver's license; actual ticket signed by officer, was arrested and denied physical liberty for about 18 hours on falsified charge of NEVER POSSESSING a driver's license. I invoked my right to not carry it as I am the victim of domestic violence, as I was made to be in an unsafe situation by an order of the court and the police refusing to act on my behalf. No remedy or relief existed. The Supreme Court has ruled on this. I took their advice. Dated 2000. The fine I paid was for never having one, not the same as having but not carrying it.

Cont.'d

State Rules or requirements for having name placed on presidential ballot or other federal election as civil rights violations severe and extreme and as Congress and the executive have failed to create legislation and the federal judiciary has failed to uphold it law or accord women and children their rights, including the most basic – safety; this makes for situation 1 which I must invoke by lawsuit powers of presidency in order to help myself and my children or become elected to office of the president, or both.

*22. Article: How to Run for President, citing irregularity of rules, vagueness, and difficulty; also automatic inclusion of two parties: Democrats and Republicans.

*23 Georgia State Rules for federal elections as it is next closest to me; I can not become elected president due to elector rules, and other exclusionary rules, primaries and number of signatures required; rules are laws but are invoked as such by the states.

*24. [Red] New Hampshire State Rules; named least exclusionary state; same as above plus a distance problem.

Indigenous people of Iraq and China as the person who is president will have these countries to deal with; as we are struggling with equal protection of the law, and as everyone had a mother, and as our own Natives have a mother creator, I made an educated guess and found two groups of people: one in Iraq and one in China.

*25 Article: Rough Cut: Women's Kingdom, cites an ancient interdependent society in China still active

*26 Article: Matriarchy: Women Rule China's Musuo, cites customs and practices of interdependence

*27 Constitution of China; four bigs – liberties – revoked about 1984; women falling behind as Communist regime allows economic freedom women's human rights lose ground. Communism Is the philosophy of fairness, not justice. It is not opportunity or expression of will. States one may Believe in no god. Can y th believe in nothing? Is that possible?

*28. Article: Indigenous peoples of the Americas; cites possible early migration paths. Jared Diamond has written about how and why people established themselves where they did; he reasons fate, or god, placed mountains or seas in the way of some people. Others had to contend with weather. Later, people dealt with disease as Natives were "re-exposed" to humans, Europeans, they migrated away from thousands of years earlier. Food sources were not the same. Largely because of fate, Europeans had the technological edge – guns. If you look at a map, the eastern seaboard of our country, New England, was settled due to the ocean currents and the geography of the shoreline. It was fate, or god That put the early settlers and founders in the vicinity of the Native Americans we know as the Iroquois, of New York.

*29. Constitution of the Iroquois Confederacy; it is fact the founders knew of this democracy and studied it or learned from it. The early settlers and founders basically crossed the ocean and reconnected with the prodigy of their ancient ancestors as science now tells us we were once all one. It is proven. As these Natives were isolated, is it possible their creation story and the seven "sisters" is one of the remnants of the most ancient of all creation stories, or salvation history? Did the Native Americans preserve our beginnings from a time immemorial with oral tradition and build upon that to form their participatory democracy and interdependent society? Riane Eisler (see Americus brief, 1964; The Chalice and the Blade, book) has written about ancient societies That were interdependent and worshipped the gift of life. Men and women shared power and Resources; there were not god conflicts. She has documented this with the historical record as have Others. Ancient art is representative of this.

*30. Article and website message board; cites seven strands of DNA with possible eighth; shows common father and earlier common mother.

This is the end of my chain of causation; here is our Declaration and our Constitution. My claim is that as a woman, I prove life as all humans had a mother. The Constitution guarantees me an inherent right of safety as women give birth and thus produce our elected presidents as birth is a Constitutional requirement. Men do not have this right as they do not give birth and as they enter the only legal and valid federal contract that requires proof of death – the draft registry, which they enter at age 18. Until then, they are granted this inherent right of safety. Safety is named, is inherent + is intrinsic. intrinsic.

I was never accorded full rights of citizenship and never treated justly as this inherent right was denied me. I have been injured before birth and from the founding of our country as women have been disenfranchised from before this time. My sons have been so injured, and Christopher is a resident of Florida and a legal unborn person who is ten and suffered his injury while a dependent of the federal government. As a person who is a woman, I have standing to sue for equal protection of the law and due process as Deborah Sampson was a woman who not only fought for two years as a uniformed soldier in the Revolutionary War, but was honorably discharged and her heirs were given a military pension in her name for her services. Although not made to by law, women have always been willing to die for our Constitution. We have always fought for ourselves and our children. And we risk death each time we give birth.

As my federal ID in my writ was processed in Scotia, New York, and as I was born in Troy, New York, directly next door to Albany, and as Troy is the home of the largest flag day celebration in the nation, I am now at my beginning and the beginning of our country. This area of the country is well over 300 years old; ~~my parents first lived in Williamsburg after marriage—another oldest settled area. Both places are ripe with American history.~~ Nearby Saratoga Battlefield is known as the turning point of the Revolutionary War; Alexander Hamilton, the person who instituted the common denomination, the national bank, and was largely responsible for the stock market, was a New Yorker.

A founder would never define himself by money, or the idea of it. Hamilton himself urged the federal government to assume the war debts of the states and of individuals so that our government earned respect and thus had the ability to build upon moral authority. I claim our federal government should assume the war debts it has amassed against women, children and then every adult, or every American citizen harmed by the systematic, endemic, historical and generational discrimination of persons who are women.

The place of my conception, according to my mother's testimony, is St. Augustine, Florida, the oldest city in our nation. Living in Florida currently, I too have met with the prodigy of my ancient ancestors. I am the daughter of a Hindu, a Bhuddist, a Jew, a Christian, a Muslim and a Native; I am the prodigy of the patriots. My place of birth, Troy, is also home to RPI, a technological school that produced some of our areospace engineers and astronauts. The patriots made it possible for RPI to exist, for humans to walk on the moon, and for present day Americans to reach for the stars, figuratively and literally. We did; I do. So then;

~~I am a Native of Earth;~~
I am an American Earthling.
I am distinct but equal.

# Vernon Jordan introduces Govenor Clinton to world leaders at 1991 German Bilderberg gathering

## First Friend Vernon Jordan Is a Man Comfortable With Power. And With Himself. The Washington Post, January 27, 1998

**Marc Fisher**

He is a presidential adviser without title or salary.

He is a lawyer who rarely steps into a courtroom, who seldom writes a brief or motion.

He is a lobbyist who does not lobby, at least not in the official sense of the term.

He is a civil rights leader who some say has forsaken his early ideals in a successful quest for a place at the seat of national power. He is a black man who has achieved an unprecedented, unparalleled stature as a Washington power broker, reaching the pinnacle of one of the most obstinately white workplaces in the nation, the K Street megafirm. He is an apparently devoted husband whose reputation as a ladies' man crosses generational, racial and social boundaries.

Vernon Eulion Jordan Jr., grandson of a sharecropper, is a multimillionaire who lives in a Washington mansion and hobnobs with Cabinet members, CEOs of the world's largest corporations, and TV anchors.

Once, he risked shouts of wrath and even bodily harm to help make a revolution against racism. Then, following a decade running the National Urban League, he joined one of Washington's most powerful law firms. Now, he sits on the boards of 11 major companies and spurns an opportunity to become the first black attorney general of the United States because he says he'd rather not open his accounts to public view and because being the first black is "no reason for me to take a job."

But Jordan, 62, needs no title to wield the same kind of influence in the public sector that he has in corporate America. Jordan is, by all accounts, not only a master fixer, but President Clinton's closest confidant, a man with whom the leader of the Free World spends time on the links, on vacation on Martha's Vineyard, in workaday conversation, at Christmas Eve dinners with just the two men and their wives, and most of all, at moments of crisis. While Clinton is, as president, the visible leader in the relationship, the two men's friendship is as close to equal as can be in a bond involving the chief executive, friends of both men say. After all, it was Jordan who first introduced then-Gov. Clinton to

world leaders at their annual Bilderberg gathering in Germany in 1991. Plenty of governors try to make that scene; only Clinton got taken seriously at that meeting, because Vernon Jordan said he was okay.

Now, the two friends face the gravest crisis they have met together. Yet just when Clinton would seem to need Jordan most, they are in touch, aides say, only by phone, and it is not even clear whether that much contact has happened. Appearing together in public would only aggravate the popular suspicion that Clinton and Jordan have done something untoward to hide the president's alleged relationship with former White House intern Monica Lewinsky.

And so both men must appear to be conducting business as usual. The president, largely staying out of public view until tonight's State of the Union address, has made only brief, if forceful, statements about the storm raging around him. And but for a clipped statement to the press last week in which he denied any wrongdoing, Jordan has been seen only as a smiling, carefree pedestrian, entering or leaving work as if nothing had happened. That is Jordan's strength. His cool, his command of himself and his surroundings even under the most relentless pressure, is one of the primary sources of his authority.

Even in a fateful hour, Jordan need not speak out. He has people who will do that for him -- or who will remain silent, whatever he wishes. More than 20 of Jordan's closest friends and associates declined to speak for this story. "Vernon would not want me to add to the noise on this," says one of the city's most prominent lawyers. Even Dick Morris -- once a presidential confidant, now a radio commentator willing to discuss virtually anything -- offers only apologies this time.

What Jordan possesses most of all, as he has often said, is his connections. His job, more than anything else, is to know people, and to know just what it takes to motivate them, whether to do a favor, complete a task or simply be there for a client or friend.

"Vernon attracts clients and he handles their business with integrity and effectiveness," says Robert Strauss, the longtime Washington power broker who brought Jordan to Akin, Gump, Strauss, Hauer & Feld in 1982. "He offers judgment and integrity and confidence in himself. He has a manner about him that is warm and attentive."

"Vernon might ask a friend to see someone, and if that person says no, so be it," says Carolyn Peachey, a Washington event planner who frequently socializes with Vernon and Ann Jordan. "There's no pressure, just a warm friendliness."

When Jordan explained his attempt to find a job for Lewinsky at two New York corporations by saying that "I believe to whom much is given, much is required," the remark was ridiculed as a smoke screen for a coverup. Whatever the facts in the Lewinsky mess, the remark is a perfect statement of what it is Jordan does.

"I have seen Vernon -- too many times to count -- help not just young people, but any people," Strauss says. "There are individuals in this country leading corporations and

financial institutions, and laboring in the vineyards because Vernon has been there to help and to make a few phone calls for them.

That's why people respect him." Executives at companies Jordan serves as a director say he routinely calls looking for work for recent graduates of Howard University, where Jordan attended law school, or for young interns he's come across at the firm, in the government or elsewhere around town.

"It would not surprise me at all that a young intern would be referred to Vernon for some help in a very innocent way, and that that may have resulted in him making some calls for that person," Peachey says. "I've heard about that hundreds of times."

Boardrooms and Back Rooms Jordan's playing field is extraordinarily broad -- from the NFL, which once considered him for commissioner; to IBM, which turned to him for advice on picking a new CEO; to the president, who used Jordan to probe whether Colin Powell would accept an appointment as secretary of state. Jordan ran Clinton's 1992 transition team, just as he had handled then-D.C. Mayor Sharon Pratt Kelly's entrance into office two years earlier (even if Jordan hadn't voted in several District elections). Jordan plays a role nearly every president has found necessary in one form or another. Some presidents turned to party sages for a blueprint to the capital; others just want a pal who will keep confidences and keep them sane.

For decades, Clark Clifford and Robert Strauss served Democratic presidents, just as Eisenhower adviser Bryce Harlow and Nixon playmate Bebe Rebozo have helped Republicans. "Presidents need to have somebody they can relax with," says former White House counsel Lloyd Cutler. "He is a good, loyal friend."

Presidents also need friends with whom they can escape from the formalities of office and just be themselves. Jordan, friends say, fulfills that role. Like the president, Jordan is given to eyebrow-raising remarks on the looks of pretty women. At a 1995 state dinner, Clinton joked to Jordan that he ought to keep his hands off the comely blonde seated next to the president. "I saw her first, Vernon," the president said, according to an account in Washington Monthly.

"Nothing wrong with a little locker room talk," Jordan once told a reporter.

One woman in a mid-level federal position describes Jordan as the man who made her career. He picked her, enticed her into standing for the position, and paved her path through confirmation, the woman has told friends. It all happened as smoothly as cognac slipping into a glass, she says — but for one thing.

"When you're a woman, an attractive woman, and Vernon Jordan does something for you, there is an expectation that there will be some extracurricular activities," the woman says, adding that those activities could be as simple as attending a party with him.

"He's flirtatious; that's just his style," says a Washington woman who has known him for years. "I don't remember anybody hostilely saying, `Vernon hit on me.' I just can't think of a time people were angry about it. People roll their eyes and say, `Oh, that's Vernon.' "

Jordan's eye for women is a regular topic of conversation among reporters, lawyers and others who have been on the receiving end of his comments. Over the years, Jordan has declined to address the subject, saying only that "I like people."

His second wife, Ann -- first wife Shirley died in 1985 after a battle with multiple sclerosis -- told The Post in 1992 that "I'm sure women find him attractive. I do." (Ann Jordan, an active partner in the couple's busy social and political life, was co-chairman of the 1996 Clinton inauguration.) In 1980, Vernon Jordan was shot in the back by a white supremacist who said he was out to kill "race-mixers." The Jordan shooting occurred at 2 a.m. as he was returning to his motel with a white woman. The shooter was acquitted at trial but later admitted the act.

Although Jordan is not talking these days, his response to criticisms of his personal or professional behavior -- whether his attitude toward women, his work on behalf of black America, or questions about how hard he works on behalf of companies he serves as a director -- has always been direct and concise: "I am the custodian of my morality and ethics," he told The Post a few years ago.

If such tactics might seem arrogant in another man, Jordan easily gets away with them, in good measure, friends and critics agree, because of his charm. The components of that charm are supremely simple, friends say: A huge handshake that stays with you just long enough to show that you are something beyond the ordinary acquaintance, yet not too long to make you suspect artifice. A startling and immediate informality of the kind that might cause you to hang up on a telemarketer, but gives even powerful lawyers a sense of being in a circle so inside, most folks don't even know it exists. There's his height (6 feet 4), his glowing smile, his smooth voice and the way he can make it soar, particularly when he is citing Scripture, or the way he can lower it to a confidential stage-whisper, particularly when he is passing comment on the physical assets of a young woman.

Friends -- and especially his longtime black friends -- say Jordan has another asset as well: his race. They say Jordan's business acumen and negotiating skills propelled him up the ladder and over the hurdles of race, but they add that Jordan has proven masterly at using his race to add a certain mystique to his work.

Some say Jordan's chocolaty skin, and particularly its juxtaposition with his white Turnbull & Asser shirts, gives white executives a feeling of achievement, an unspoken sense that they, too, have overcome the nation's racial hangups to become friends with an accomplished black man. And friends say Jordan judiciously uses tools his white colleagues lack -- a comfort with quoting the Bible in business discussions, a rich oratory, and an easy back-and-forth between boardroom formality and back-room back-slapping. Jordan is the ultimate symbol of black privilege, says Randall Robinson, president of TransAfrica, an advocacy group for African issues and a veteran of the civil rights era. In

a new book, Robinson calls the pinnacle of Washington power a place he names "Privilege." He says successful blacks in the capital "fear Vernon Jordan disease, a degenerative condition among blacks in Privilege that results in a loss of any memory of what they came to Privilege to accomplish. . . . It afflicts only those blacks who both wish feverishly and after careful screening are allowed to be close to the president socially."

Jordan refuses to discuss such criticism. His friends say he toils constantly on behalf of young black job-seekers. And Jordan has his own way of making statements on race: The first time he dined at the formerly all-white Century Club in New York City, Jordan made a point of ordering watermelon. No Silver Spoons

Jordan, who has rebuffed all interview requests since the Lewinsky matter became public last week, has often cited his mother as his primary influence. In a 1993 interview with Vanity Fair magazine, Jordan's brother, Windsor, quoted his mother, Mary, saying that color was never the driving force in her world. "It was about money," the brother said. "It was about business and money. She'd say, `If you got some money, you can do most anything you want.' "

Jordan's early career was not about money, but about the ability of blacks to gain access to it and every other good thing in American society. After attending segregated schools in Atlanta, he spent the 1960s at the NAACP and other civil rights groups, working to open the electoral process to blacks, and build bridges between the black and white institutions of a segregated nation. If some blacks who spent that decade getting themselves thrown in jail later resented Jordan's quieter approach, others say the street revolts would have been futile without the legal and political work of the likes of Jordan.

And his role was not without danger: In 1961, as a 25-year-old law clerk, he launched his civil rights work by leading a young black student named Charlayne Hunter through a screaming white mob that was out to halt her from integrating the University of Georgia.

It was his mother's work as a caterer -- his father was a mail clerk for the Army -- that gave the young Jordan a peek into the world of wealthy white power. He was smitten with the notion that he, too, could travel in such circles, and he honed the personal skills that would take him there. Peering in at the lawyers dining at an all-white Atlanta club, Jordan once said, "I admired their bearing, the way they articulated the issues, if not the substance of their positions."

"There's very little I've ever seen that would make Vernon Jordan ill at ease," says Peachey. "He knows who he is, and what he set out a long time ago to make into his role in life. This is someone who is supremely comfortable with himself."

That comfort -- and the ease powerful people feel around Jordan -- is an important factor in his appointment to more corporate boards than all but a handful of Americans.

But his posts as director of companies such as American Express, Xerox, J.C. Penney, Dow Jones and Sara Lee have led to criticism from the Teamsters and other large

institutional investors that Jordan misses too many meetings and faces a potential conflict because his law firm also represents six companies on whose boards he sits.

Corporations want Jordan on their boards because he is the ultimate Washington insider, because he is wise, because "having an African American on your board may also prove helpful," and because "Jordan is so busy that having him on your board suggests that at least one director will not be in a position to cause you any trouble," says Graef Crystal, a business school professor and frequent critic of overpaid corporate executives and directors.

Crystal has written that Jordan "cannot dodge at least some of the blame" for the poor performance of some CEOs who run companies he serves as a director.

But Jordan has said attendance records at board meetings do not fairly reflect a director's contribution to a company.

Between Jordan and his wife, 17 directorships give the couple an annual income of more than $800,000, in addition to the reported $1 million he makes at his law firm.

Money, he knows, is a double-edged sword for a successful veteran of the civil rights movement. It is a sign of success that can also be thrown back at him as a symbol of selling out.

The late Ron Brown, who felt the brunt of similar accusations, once said that successful black businessmen are "expected to limit our horizons, to be pigeonholed . . . and not break out and accept responsibility and leadership beyond the traditional civil rights movement." Brown defended his friend Jordan as "an incredible achiever."

Jordan's approach is simpler: "I know who I am," he has said in speeches.

Others may criticize, but Vernon Jordan is, he says, "answerable to myself." And he says it with such charm.

Staff writer Ann Gerhart contributed to this report.


SUSAN: Nobody ever heard of Bill Clinton until the Bilderberg meeting of 1991. Or did they? Some reports state that Clinton's name was thrown around in the 80's as the means to go from a capitalist state to a socialist one but 'sneak' it past The People as he wouldn't seem to be a socialist. I know you're tempted to cry that conspiracy theorists are making this up but they aren't. It's a conspiracy of the unethical versus the ethical and the one thing socialists can't have? The Constitution. How corrupt was Clinton's administration? The most corrupted ever. W/o Clinton, a foreigner as he did not believe in the Constitution, we would never have Obama, an actual foreigner. People became desperate so the wealthy and those with private interest took advantage of the two party

monopoly's control over the ballot and Congress' absolute refusal to obey the law as well as the greed unjust persons exhibit. What you have now is like an Einstein condensate forming as all of the same people cross paths and they belong to all of the same organizations. How many times do the same exact names have to come up before you stop denying the reality of it? How many bad things have ot happen before you finally admit there must be some truth to what the citizens claim? About the Bilderbergs, the Council of Foreign Relations and/or the Tri-lateral Commission? I previously entered a speech by Hilary Clinton in which she admits the Council on Foreign Relations does run at least some of this government. They effectively control it by controlling the people in offices. She said she was a adult before she became aware of this. More recently when the Bilderbergs held their annual meeting in VA she and Obaam had a private meeting in he very same area. Citizen reporters were up in arms as the mainstream media failed to report this connection as they know – **it isn't coincidental.** This stuff, like who is or is not a member of these groups and so does or does not abide by their policies  now affects the individual citizen as it is endemic. How else do you think China came to harm me within my county and town? Here's published list of names that notes which names are unconfirmed so it is not one sided:

# The Bilderbergers of 1991

Chairman: Lord Carrington (Banker, Politician)

Honorary Sec. General for Canada & Europe: Victor Halberstadt (Professor)

Honorary Sec. General for United States: Theodore L. Eliot Jr. (Ambassador)

Treasurer: Conrad J. Oort

## Austria

Peter Jankowitsh (ECC Integration)

Guido Schmidt-Chairi (Banker)

*Franz Vranitzky (Chancellor)

## Belguim

Etienne Davignon (Politican)

Jean- Louis Cadieux (ECC Foreign Affairs)

Wilfried Martens (Prime Minister)

Guy Spitaels (President, or chairman, of the Belgian socialist party, politician)

## Canada

Conrad Black (The Daily Telegraph, Hollinger)

Jean-Claue Delome

Marie-Jsee Druin (Hudson Institue)

Anthony G.S. Griffin (Director of Companies)

John Polayi (Professor)

Michael Wilson (Minister of Trade)

## Denmark

Ritt Bjerregaard (Politician)

Aage Deuleran (Editor)

Nils Wilhjelm (Industry minister, ex-editor)

## Finland

Aatos Erkko (Publisher)

Jaakko Honiem (Former Ambassador to U.S.)

## France

Felicia Cavasse

Bertrand Collomb (Businessman Lafarge)

Claude Imbert (Editor, magazine "LE POINT")

Marc Ladreit de Lacharriere

Andre Levy-Lang (Banker)

Thierry de Montbrial (Institute of Internatinal Relatios)

Veronique Morali

Michel Noir (Foriegn Trade minister, Mayor of Lyon)

## Germany

Christoph Berram (Editor)

*Hans-Otto rautigram (Minister of Justice)

Birgit Breuel (Businessman)

Gunther F.W Dicke

Werne H. Dieter (Businessman)

Bjorn Engholm

Dieter Kastrup (Politician)

ilmar Kopper (Banker)

Kurt auk (Audi)

Krl Otto Pohl (Banker)

Volker Ruhe (Politician)

Hein Ruhnau (Lufthansa Airlines)

Theo Sommer (Editor)

*Erwin Tefel

Otto Wolf von Amerongen (Businessman)

## The names of the German participants are somewhat broken, Mathias Schindler <schindler@presroi.de> has tried to fix them, thanks Mathias

Christoph Berram --> Christoph Bertram

Hans-Otto rautigram --> Hans-Otto Bräutigam (ä=ae) (Minster of Justice in the Federal State of Brandenburg)

Birgit Breuel (Businessman) --> Birgit Breuel (Businesswoman)

Gunther --> Günther (most likely)

Werne --> Werner (most likely)

Bjorn Engholm --> Björn Engholm (ö=oe) (1991: Head of the German Social Democratic Party)

Ilmar Kopper --> Hilmar Kopper

Kurt auk - Kurt Lauk

Krl Otto Pohl --> Karl Otto Pohl

Volker Ruhe --> Volker Rühe (ü=ue)

Hein --> Heinz

Erwin Tefel --> Erwin Teufel

**Greece**

Costa Carras (Director of Companes)

Efthymios Cristodoulou

Minos Zombanakis

**Iceland**

Bjorn Bjarason (Politician)

David Oddson (Politician)

**Ireland**

Peter D. Sutherland (Banker)

**Italy**

Giovanni Agnelli (Fiat)

Giampiero Cantoni (Banker)

Gianni De Michelis (Minister of Foiegn Affairs)

Mario Monti (Professor)

*Virginia Rogononi (Minister of Defense)

Paolo Zannoni (Fiat)

## Luxemburg

Jacque Santer (Prime Minister)

## Netherlands

Maja Banck (Sec. Bildererg Meetings)

Enest van der Beugel (Professor)

Ben Knape (Editor)

Pieter Kotewegg (Businessman)

Ruud Lubbers (Prime Minister, Presdent of EEC)

Queen Beatrix (Richest woman in the world)

## Norway

Arne Ola Brundtland (Professor)

Per Dilev-Simonsen (Businessan)

Niels Warring (Banker)

## Portugal

Franciso Pinto Balsemao (Proffesor)

Carlos A.P.V. Monjardin (Businessman)

Carlos Pimenta (ECC)

## Spain

Jaim Carvajal Urquijo (Businsman)

Jordi Pujol (Businssman)

Narcis Serra (Depty Prime Minister)

Queen Sophia

## Sweden

Stan Gstasson (Businessman)

Las Jonung (Professor)

Bo CE. Ramfors (Banker, Businessman)

## Switzerland

*Fritz erber (Businessman)

Alex Krauer (Businessman)

Michael Ringier (Publisher)

## Turkey

Selatti Boyazit

Vhit Halefoglu (Minister of Foriegn Affairs)

ugay Ozceri (Minister of Foregn Affairs)

## United Kingdom -

Gordon Brown (Opposition MP - Parliament)

Lawrence Freedman (Professor)

Christopher Kgg

Andrew Knight (Editor - News International)

Lord Roll of Ipsden (Conservative Politician, Warburg Banker)

John Smith (Leader of the Opposition)

Patrick Wright (Head of Diplomatic Service)

## United Nations

Arthur Dunkel (U.N. ATT)

John R. Galvin (NATO Supreme Allied Commander)

Max Kohnstmm

elga Steeg

Henning Wegener (NAT)

Manfred Worner (NATO)

## United States

Paul Allaire (CEO Xerox, CFR)

George W. Ball (Lehman Brothrs, CFR)

Robert L. Bartley (Editor-Wall St. Journal, CFR)

Robert .Blackwill (Professor-Harvard, CFR)

Michael J. Boskin (Presidents Economic Advisor)

Nicholas F. Bady (Secretary of Treasury)

John N Chafee (Senator-Rhode Island, CFR, TC)

Bill D. Clinton (Governor-Arkasas, CFR, TC)

Charles H. Dalara (Assistant Sec. of Inernational Affairs)

Kenneth W. Dam (IBM, CFR)

Diane Feinstein (Ex-Mayor-San. Francisco, TC)

Catharine Grahame (CEO-Washington Post, IA, CFR, TC)

Maurice R. Greenberg (CEO-AIG Insurance, CFR, TC)

J. Bennett Johnston (Senator-Lousiana)

Vernon E. Jordan (Attorney, CFR, TC)

Henry Kissinger (CEO-Kissinger Associates, CFR, TC, KGB)

Charles McC. Mathais (Attorney, Ex-Senator, CFR)

Jack F. Matlock (Ambassador-USSR, CFR)

Charles W. Muller (Murden & Co., Friends of Bilderberg Inc.)

William B. Quand (Brookings Institute, NBC News, CFR)

John S. Reed (CEO-Citicorp Bank, CFR)

Rozanne L. Ridgeway (Pres.-Atlantic Council, CFR, TC)

David Rockefeller (CEO-Chase Manhattan Bnk, CFR, TC)

John S.R. Shad (Philanthropist)

Thomas W. Sions Jr. (Ambssador-Poland)

Alice Victor (Rockefeller's Secretary)

John C. Whitehead (Ex-Depty Sec. of State, CFR)

Brayton Wibur Jr. (CEO-Wilbur-Ellis Co., CFR)

Douglas ilder (Governor-Virginia)

Lynn R. Williams (Pres-United Steelworkrs Union)

Grant F. Winthrop (Attorney)

James D. Wofensohn (Pres., James D.Wolfensohn Inc., CFR)

Robert B Zoellick (State Dept. Economic Advisor)

* Unconfirmed member

OPENING ARGUMENT IN RENNSELAER COUNTY

THE ORIGINAL ALBANY COUNTY FILING IS HERE ; IT PROVES THE THIRD PARTIES COMMITTED PERJURY AND ALL AUTHORITIES FAILED ME AS MY KIDS WERE IN NY IN 1998 AND NEVER LEFT NY. ALL THE AUSTIN'S DID WAS FILE IN PA, WEAR OUT PA AND THEN GO BACK TO NY; THEY MOVED ONE COUNTY OVER AND EVERYONE WAS AWARE OF THIS THUS NY HAD NO BUSINESS HEARING THIS CASE AND MY KIDS SHOULD HAVE BEEN AUTOMATICALLY RETURNED TO ME AS THE AUSTIN'S DEFAULTED UPON ALL CONTRACTS FEDERAL AND STATE AND EVEN THE PRIVATE CONTRACT ARISING OUT OF PHILLY.

WHEN GRIFFIN ACCEPTED "INSURANCE" AS A CAUSE OF ACTION FOR NONRELATED THIRD PARTIES TO TAKE UNNECESSARY PHYSICAL CUSTODY OF US? I KNEW SHE HAD BEEN BOUGHT BUT IT WAS MOST LIKELY FAVOR NOT CASH SUCH AS FRIENDSHIP AND/OR POLITICS. SANFORD FINKLE WAS BOUGHT WITH CASH AS CATHERINE MURPHY ADMITTED THIS TO ME.

Nepkins
<<
book/page
marks,
sorry!

STATE OF NEW YORK
FAMILY COURT         COUNTY OF RENSSELAER
In the Matter of a Proceeding for
Custody under Article 6 of the Family
Court Act,

**CATHERINE and DAVID AUSTIN,**
Social Security Nos:
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 & 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
D/O/B: 11-19-73 & 5-4-73

Petitioners,

-against-

**CHARLES and DAPHYNE HERBERT,  SUSAN
HERBERT, and DAVID F. QUINONES III**

Respondents.

ANSWER and CROSS-
PETITION FOR
MODIFICATION OF AN ORDER
OF CUSTODY OF ANOTHER
COURT AND VIOLATION OF
AN ORDER OF CUSTODY OF
ANOTHER COURT

Docket Nos.
V-01117-02/02A
V-01118-02/02A

FFU No. 15941

_____

Respondent, **Susan Herbert**, as and for an Answer and

Cross-Petition in the above referenced matter, through her

attorney, **Pechenik & Curro, P.C. (Kelly M. Curro, of counsel)**,

respectfully states the following upon information and belief:

1.    Respondent, Susan Herbert, admits so much of the

allegations of paragraph numbered and designated "7" of the

Petition herein with respect to granting of temporary legal

custody to Charles and Daphyne Herbert, and the granting of

temporary physical custody to the petitioners.  Respondent, Susan

Herbert, also admits that jurisdiction has been transferred to

this Court by Order of the Pennsylvania Court.  Respondent, Susan

Herbert, denies in whole the allegations that the children have

been with the petitioners since May of 1999, subsequent to being

taken from St. Vincent's Shelter, a Social Services facility

where they were housed after being removed from respondent, Susan

Herbert, by Children's Protective Services.

2.   Respondent, Susan Herbert, admits that there has been a change in circumstances since the entry of the Order awarding temporary custody in that pursuant to that Order of Temporary Custody, the parties agreed and completed a Custody Evaluation with Dr. Gerald Cook.   A copy of that evaluation is annexed hereto as Exhibit "A".   Based upon that evaluation, which has not been followed by the petitioners contrary to their agreement and Court Order of Temporary Physical Custody, recommendations were made to increase the parenting time of the respondent, Susan Herbert.   Despite those recommendations and the agreement of the parties to follow the recommendations of the custody evaluator, such increased parenting time has not occurred.   Respondent does not deny that the children have developed a bond with the petitioners and that they have a loving relationship.   Respondent, Susan Herbert, denies that it is only stable home that the children have known, in that the children have not been given an opportunity in accordance with the recommendations of the Custody Evaluator to spend additional time in her home.   Respondent, Susan Herbert, denies that the petitioners do not seek to exclude her from visiting the children in that they have not followed the recommendations of the Custody Evaluator.   Respondent has advised the petitioners that the children are covered under her husband's health insurance plan that would provide them with any needed counseling.   In addition, in accordance with the recommendations of the Custody Evaluator, the respondent, Susan Herbert, has obtained a children's counselor for the children in Maryland for them to see during her

parenting time.  This is consistent with the recommendations of the Custody Evaluator.  Respondent, Susan Herbert, denies that the children act negatively when they visit with her and that they are fearful of being returned to her.  Respondent denies that she is emotionally abusive to the children and unable to care for them on a regular basis.  Respondent, Susan Herbert, admits that in the past has been addicted to prescription drugs, but refers the Court to the report annexed here as Exhibit "A", which chronicles her treatment and rehabilitation.  Respondent admits that the children may be in need of counseling, and she has made arrangements in accordance with the Court Custody Evaluator's opinion for them to be evaluated by Robyn P. Waxman, PhD, a licensed psychologist in the State of Maryland.

3.    Respondent, Susan Herbert, denies that it would be best interest of the children to have custody awarded to the petitioners.  The allegations in paragraph numbered and designated "9" of the Petition are inconsistent with the findings of the Custody Evaluator who performed detailed interviews, assessments of the interaction of the parties with the children, and full psychological testing.

### AS AND FOR PETITION TO MODIFY AN ORDER
### OF CUSTODY MADE BY ANOTHER COURT:

4.    Petitioning respondent, Susan Herbert, is the natural mother of children effected by these proceedings. Petitioners, David and Catherine Austin obtained physical custody of the children by Temporary Agreement, dated March 10, 2000, which was "so Ordered" by the Court of Common Pleas of

Philadelphia County, State of Pennsylvania, on April 10, 2000.  A copy of that "so Ordered Agreement" is annexed hereto as Exhibit "B".

5.    That since the entry of that agreement there has been a change in circumstances, to wit:  The respondent, Susan Herbert, has remained free of drugs, has established a stabled home and demonstrates appropriate parenting abilities.

6.    That the temporary agreements "so Ordered" by the Court of Pleas of Philadelphia County, by its express conditions was intended to reunite the respondent, Susan Herbert, with her children:

> "It is the parties desire to encourage regular contact between Susan Herbert and the boys and to work towards reuniting all three of them on a permanent basis if so determined by a psychologist/custody evaluator as agreed upon as follows by the parties."

See page "2" of Exhibit "B".

7.    That the Custody Evaluator by report, dated September 18, 2000 recommended increased overnight contact between the respondent, Susan Herbert, and her children.  That the petitioners have thwarted the respondent, Susan Herbert's, efforts to have that increased contact despite the written Agreement annexed hereto as Exhibit "B" that provided for the objective of reuniting the respondent with her children.

8.    That it will be in the best interest for the custody of the children to be awarded to the respondent, Susan Herbert, based upon the following:

> a.    That the children desire to be with their mother for additional time;

b. That the reunification of the children with their natural mother was the express objective of the Temporary Agreement of Custody annexed hereto as Exhibit "B";

c. That the recommendations of the Custody Evaluator have been thwarted by the Austins and that since that evaluation in September of 2000, the respondent has maintained herself drug free in a stable environment ready, willing and able to care for her children; and

d. That the respondent since the evaluation of the Custody Evaluator has attempted to regain custody of her children and increased time and that such application had never been determined on their merits based upon the transfer of all custody proceedings to the jurisdiction of this Court from the State of Pennsylvania.

9. No previous application for the relief herein has been made to any Court except for proceedings in the Court of Common Pleas of Philadelphia County, Pennsylvania and proceedings in the New York State, Family Court, in and for the County of Albany.

## AS AND FOR A PETITION FOR A VIOLATION OF AN ORDER MADE BY ANOTHER COURT:

10. On March 10, 2000 the parties entered into a Temporary Agreement of Custody, which was "so Ordered" on April 10, 2000, by the Court of Common Pleas of Philadelphia County, Pennsylvania.

11. That the express intent of that Agreement was to provide for the reunification of the respondent, Susan Herbert, with the minor children, Christopher and Ethan.

12.   That in accordance with that Temporary Agreement, all parties participated in a Custody Evaluation.  The extensive report from that Custody Evaluation is annexed hereto as Exhibit "A".

13.   That the parties in the Agreement of Temporary Custody specifically agreed that Gerald Cook, PhD, would be the Custody Evaluator.  It is further agreed that the length and duration of visits between the mother/respondent, Susan Herbert, and the children would be adjusted as determined by the Custody Evaluator in conjunction with the Guardian *Ad Litem*.  As this Court will see, the Custody Evaluator's report was submitted in September of 2000.  Since that time, the petitioners, Catherine and David Austin, and the respondents, Charles W. Herbert and Daphyne F. Herbert, legal custodians of the minor children have not complied with the Agreement to increase the respondent, Susan Herbert's, parenting time with the minor children in accordance with the Custody Evaluator's report.  The Custody Evaluator specifically recommended that the nature and duration of the mother's visits be changed.  He recommended that once a month, the children should be allowed to go to Baltimore and spend the weekend from Friday evening or Saturday morning until a return on Sunday evening.  He further recommended that one weekend a month, the respondent, Susan Herbert, and her husband travel to Troy, New York for a weekend to commence from Friday night or Saturday morning through Sunday.  The Court Evaluator recommended that the boys would then be able to see their mother on an alternating weekly basis but the duration of their visits would be longer.

He further recommended that there be a sharing of Christmas and Easter school holidays.

14.   None of the recommendations of the Court Evaluator have been followed by the petitioners or by the respondents, Charles W. Herbert and Daphyne F. Herbert.

15.   That the respondent, Susan Herbert, has previously sought to enforce the findings of the Custody Evaluator and the parties' Temporary Custody Agreement in the Court of Common Pleas of Philadelphia County, Pennsylvania.  However, as outlined in the Petition herein, the Court transferred all custody proceedings concerning the minor children to this Court.

16.   No previous application for the relief sought herein has been made to any Court other than the Court of Common Pleas of Philadelphia County, Pennsylvania.

**WHEREFORE**, respondent, Susan Herbert, respectfully requests an Order of this Court based upon the following:

  a.   Denying the Petition of David Austin and Catherine Austin for permanent legal and physical custody;

  b.   granting the respondent, Susan Herbert's, Petition for legal and physical custody of the minor children;

  c.   For a finding that the petitioners, David Austin, Catherine Austin, and the respondents, Charles W. Herbert and Daphyne F. Herbert, have willfully failed to obey the Order of another Court, and that they be dealt with the discretion of this Court; and

  d.   Together with such other and further relief as to this Court may deem just and proper.

Dated: April 2, 2002

_____
Susan Herbert

PECHENIK & CURRO, P.C.

_____
Kelly M. Curro, Esq.
Attorney for Susan Herbert
Office and P.O. Address:
41 Second Street
Troy, New York  12180
TEL.:  (518) 274-7220

TO:   **Sanford N. Finkel, Esq.**
      Attorney for Petitioners
      68 2nd Street
      Troy, New York 12180

STATE OF MARYLAND          )
                          )  ss.:
COUNTY OF _____)


      **SUSAN HERBERT,** being duly sworn, deposes and says that deponent is one of the Respondents in the within action; that deponent has read the foregoing **ANSWER and CROSS-PETITION FOR MODIFICATION OF AN ORDER OF CUSTODY OF ANOTHER COURT AND VIOLATION OF AN ORDER OF CUSTODY OF ANOTHER COURT** and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

                        _____
                                     **SUSAN HERBERT**


Sworn to before me this
___ day of April, 2002.

_____
Notary Public-State of Maryland



Albany Law School

Domestic Violence Project: Family Court Unit
Clinical Legal Studies
80 New Scotland Avenue
Albany, New York 12208-3494
http://www.als.edu
E-mail: mbreg@mail.als.edu

Phone: 518-445-2328
Fax:   518-434-8612
TDD:   518-445-2304

Melissa Breger, Esq.
Director

Law School
cool ;. had
LDWarne's new
print ted on it

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
Family Court Building, Albany, New York

NEXT COURT DATE

On _10-30-99_ At _3:15_ (AM) PM

OF THE STATE OF NEW YORK
NTY OF ALBANY COURT
FILED

1999 JUN 15 AH 11: 50

DOCKET #: _V-1250/51-99-m_

_Susan M. Herbert_, PETITIONER
ADDRESS: _3215 6th Avenue_
_Troy, NY 12180_
PH#: (H) _272-5817_ (W): _____

PETITION FOR

CUSTODY        (X)

VISITATION     ( )

-against-

_Cate & David Austin_ RESPONDENT
ADDRESS: _97 Homestead Ave_
_Albany, NY 12208_
PH#: (H) _438-4728_ (W): _____

_Charles Herbert_
_3831 Lancaster Ave._
_Philadelphia, PA_
_19127_

1.  Petitioner is the Respondent's: [spouse ☐]; [former spouse ☐]; [have child in common ☐]
    [parent ☐]; [other _ex-sister in law_ ].

2.  The relationship of each party to the child(ren) named below is:

|  | Mother | Father | Other |
|---|---|---|---|
| Petitioner | ☒ | ☐ | _____ |
| Respondent 1 | ☐ | ☐ | _Paternal aunt + uncle_ |
| Respondent 2 | ☐ | ☐ | _____ |

3.  The children who are the subjects of this proceeding are:

| NAME | LIVES WITH | DOB | SS# |
|---|---|---|---|
| _Ethan Quinones_ | PET ☐ RESP ☒ | _1/24/95_ | _590 14 3306_ |
| _Christopher Quinones_ | PET ☐ RESP ☒ | _11/30/96_ | _649 10 0011_ |
| _____ | PET ☐ RESP ☐ | _/ /_ | _/ /_ |
| _____ | PET ☐ RESP ☐ | _/ /_ | _/ /_ |

*Both parents must be parties to this proceeding. If Petitioner is not a parent, then both parents must be named as Respondents. If the Petitioner is a parent, then the other parent must be named as a Respondent, in addition to any other person named.

MARRIED: _____ · _June 10, 1994_

SEPARATED: _____

DIVORCED: _____ _May 7, 1998_

5.  Paternity was established by: Marriage ☒; Court Order ☐; Affidavit signed at birth ☐;

6.  State who has physical custody of the child(ren) and how and when custody was obtained:

_The children physically reside with the Austins in Albany, Charles Herbert has temporary custody but I have an order out of New Mexico for sole legal custody._

7.  State why it would be in the best interest of the child(ren) for you to have custody or visitation:

_I am the mother of these children. I love them and have worked diligently, to provide a stable, safe, loving home for them. I have severed all ties with my batterer and their abuser. I have surrounded myself with supporting, caring people and have started a new life free of violence + pain. I want to share my new freedom and all my love with these boys who deserve to be safe and loved and to receive this_

8.  State if there have been any other petitions for custody or visitation of these children and if so, the date, the court and the results: _May 7 1998 Sierra County issued me Seventh Judicial D.C. issued me physical + sole legal custody and Family court Philadelphia issued Charles Herbert temporary custody (I have never seen this order.)_

I ASK THE COURT TO GRANT THE RELIEF I HAVE REQUESTED AND FOR OTHER APPROPRIATE RELIEF.

Dated: _6/15/99_ , 1999.

_____
Petitioner

_Susan Herbert_
Print or Type Name

STATE OF NEW YORK:               VERIFICATION
COUNTY OF ALBANY:

_____ being duly sworn says: I am the Petitioner and the petition is true to my own knowledge, except as to matters stated to be alleged on information and belief and, as to those matters, I believe them to be true.

_____
Petitioner

Sworn to before me this
_15_ day of _June_ , 19 _99_.

_____
(Deputy) Clerk of the Court
Notary or Commissioner of Deeds

At a term of the Family Court of the
State of New York, held in and for the
County of Albany, at Albany, New York
on the date set forth below

P R E S E N T:

HONORABLE GERARD E. MANEY
Judge

In the Matter of a Proceeding
under the Family Court Act

SUSAN  HERBERT
Petitioner,

Docket Number  V-1250-99
V-1251-99

ORDER OF DISMISSAL

-against-

CATE + DAVID AUSTIN
CHARLES HERBERT.
Respondent.

The petition, sworn to on _____ 6/15/99 ___, is hereby dismissed

[   ] with prejudice

[ X ] without prejudice

on the grounds that the

cause of action was:
I GAVE BIRTH + DSS order

[   ] petitioner has withdrawn the petition

signed
deceitfully!

[   ] petitioner failed to appear

[ X ] ~~petitioner~~ ~~failed to~~ state a cause of action

ALL WARRANTS AND TEMPORARY ORDERS ISSUED UNDER THE PETITION ARE VACATED.

Pursuant to section 1113 of the Family Court Act, an appeal must be taken within 30 days of the
receipt of the order by appellant in court, 35 days from the mailing of the order to the appellant by
the clerk of the court, or 30 days after service by a party or law guardian upon the appellant,
whichever is earliest.

DATED: 7/1/99 .

ENTER

_Gerard E Maney_
J. F. C.

Entered in the office of the
Clerk of the Family Court of
the State of New York, on the
1st day of JULY, 1999

By: _Dal W Cary_

Plus- this jerk limited
issue to Jurisdiction thus
applying UCCJ tome but not to
Herberts or Austins

# PECHENIK & CURRO, P.C.

### ATTORNEYS AND COUNSELORS AT LAW

| | | | |
|---|---|---|---|
| STEPHEN A. PECHENIK* | 216 RIVER STREET | 389 ROUTE 43 - P.O. BOX 5 | PLEASE REPLY TO: |
| KELLY M. CURRO** | TROY, NEW YORK 12180 | STEPHENTOWN, NEW YORK 12168 | TROY OFFICE |
| JAMES A. BUCCINI, JR. | PHONE (518) 274-7220 | PHONE (518) 733-0364 | |
| | FAX (518) 274-7255 | FAX (518) 733-0366 | |

March 25, 2004

Ms. Susan M. Herbert
1100 Seagate Avenue, Apt. 101
Neptune Beach, FL  32266

      Re:  Austin v. Herbert, et al.
          Our File No. 02-3225

Dear Susan:

    Enclosed for your records is a complete copy of the decision of the hearing officer.  As I advised you by phone, the records have been amended from indicated to unfounded and our request to seal the records has been granted.  I have e-mailed Melissa Breger with the details of the decision and have also provided her by fax a copy of the decision.  I am glad that at least this chapter was resolved favorably.  Should you require anything further, please do not hesitate to contact me.

               Very truly yours,

               PECHENIK & CURRO, P.C.

               Kelly M. Curro

KMC:ecr
Enclosure



PRESTON L. FELTON
ACTING SUPERINTENDENT

**NEW YORK STATE POLICE**
**BUILDING 22**
**1220 WASHINGTON AVE.**
**ALBANY, N. Y.  12226-2252**

May 08, 2007

Ms. Susan Herbert
1100 Segate Avenue #101
Neptune Beach, Florida 32266

**Name:**     **Susan Herbert, Ethan and Christopher Quinones,**
              **Catherine and David Austin**
**RE:**       **Incident**
**Date:**     **June 1999**     *June comes before July*

Dear Ms. Herbert:

        Reference is made to your correspondence dated March 23, 2007, received at this office on March 26, 2007, requesting records pertaining to the above.  We are unable to comply with your request for the reason checked below:

[ ]     Based on the information supplied, a search of the records of this office and of the Troop having jurisdiction over the area concerned failed to indicate any report relative to this matter.

[ ]     The incident was not investigated by the New York State Police.  You may wish to check with the  .

[ ]     Insufficient information was provided for the search; include name of complainant or defendant, date and specific location of incident (Town and County), nature of incident.

[X]     The report has met our criteria for purging and has been destroyed.

                                Very truly yours,

                               Laurie Wagner
                               Captain
                               Central Records Bureau

*\* It had to exist in order to destroy it; plus the Austins testified to this in court.*

LMW:mb



MICHELLE A. WINTER, ESQUIRE

A Legal Professional Corporation

December 2, 1999

Alan Wainstein, Esquire
The Sterling Commerce Center, Suite 400
1819 J.F.K. Boulevard
Philadelphia, PA 19103-1733

    Re:    Quinones/DR# 0C99-01239

Dear Mr. Wainstein:

    I sent your last correspondence concerning visitation to my client and she has not been successful in scheduling a visit with her children even though she has made several attempts. Two things are apparent from her conversations with her brother. First, more than thirty days have passed since Mr. Herbert claimed the children were placed in New York while he was moving and the children are still not in Philadelphia. In fact, Mr. Herbert has not confirmed a visitation date for his sister with the children, which is in violation of Judge Cipriani's instruction. His last phone message to Susan was that he would give them $100.00 to travel to New York to see the children there. This is not acceptable and needs to be addressed immediately.

    Second, it is also apparent that your client was not entirely truthful in September when he stated he was not sending the children to live in New York just like he has not been honest about their return to Philadelphia after his move. It is obvious he does not want the children living with him and obviously believes it is his choice, not the court's, as to where the children reside. Susan has made several attempts to contact the children in New York and either receives an answering machine message or a busy signal. Susan also believes that the children's father has been spending time with them in New York and the possibility of this contact, without supervision, is alarming. Catherine Austin has stated to Susan that she does not believe the children's father has been abusive in the past. *Can people just choose "not to believe" reality?*

    Because Mr. Herbert has not been cooperating with the court ordered visiting schedule, we are requesting a written schedule be drafting with a visit every two weeks as ordered. Moreover, Ms. Herbert is requesting visitation with her children on





*Austins would of never go to court + CtO Herberts to be held accountable to Dr. Cooke*

MICHELLE A. WINTER, ESQUIRE
_____
A Legal Professional Corporation

March 27, 2000

Sarah M. Ford, Esquire
Office Court at Blue Bell
585 Skippack Pike, Suite 100
Blue Bell, PA  19422

    Re:   Austin vs. Herbert

Dear Sarah:

    I spoke with Susan this morning and she informed me that Charles Herbert and the Austins have no intention of honoring the agreement, which we prepared, and allowing the family evaluation by Dr. Cooke.

    Susan has made arrangements for her share of the fee and is prepared to go forward.  Needless to say, we are both extremely disturbed over this information and I have to ask you to counsel your clients in this regard and hopefully put this matter "back on track".  The one issue I thought we all agreed on was that a professional trained in these matters needed to do an independent evaluation.

    Dr. Cooke's fee is equal to others in the area and as we both discussed, has a good reputation for these matters.  From what Susan explained to me, Charles Herbert wants someone that will intervene more or take longer to make a decision.  Obviously, the reason we brought on an outside professional was because they have the necessary training to evaluate these matters without dictation from the parties involved.

    To date, Susan has cooperated to her fullest in visitation, transportation, seeing the court order psychologist and setting up an evaluation by Dr. Cooke.  While she is willing to "jump through hoops" to show everyone involved that she is willing and able to care for her children, there comes a point where everyone else involved needs to give a little as well.

    Please see what you can do as far as getting this back on track with Dr. Cooke.  I will await your call once you get back in town next week.

*They didn't this ran back to NY!*

190 Bethlehem Pike ■ Suite 2A ■ P.O. Box 564 ■ Colmar, PA 18915-0564
215.822.5200  Fax 215.822.5267  Email Winter.att@aol.com



**New York State
Office of
Children & Family
Services**

George E. Pataki
*Governor*

John A. Johnson
*Commissioner*

*Capital View Office Park*

52 Washington Street
Rensselaer, NY 12144-2796

October 16, 2003

Kelly Curro
Pechenik & Curro, P.C.
41 Second St
Troy, NY 12180

Dear Ms. Curro:

*[handwritten: fl Coster for State perjured himself under oath; I was found then unfound due to this.]*

Through our recent conversations, the enclosed four pages have come to my attention. You have asserted to this office that these pages came into your possession through two separate "stipulation" packets from the Statewide Central Register of Child Abuse and Maltreatment (SCR) received in preparation for an administrative hearing. The SCR is mandated by law (Section 422 of the Social Services Law) to redact information that would tend to reveal the source of the report and any information that would reasonably jeopardize the safety of an individual who assisted in the investigation. The redactions in the enclosed pages appear inconsistent with each other.

That is, the pages received by you in February of 2003, do not look the same as the pages received by in August, 2003. The differences in appearance are caused by differences in the words redacted from each document.

After examination, it is apparent that both sets of papers were redacted in accordance with the principles set forth by Section 422 of the Social Services Law. That is, in each case the redaction was intended to protect the identity of the source or was reasonably construed as being necessary to protect the safety or interests of someone who cooperated with the investigation.

Reasonable minds can differ on the application of the above standard to the actual passages of case records and the attached documents reflect those reasonable differences.

As I stated in our telephone conversation, the SCR record is not submitted to the Administrative Law Judge for its evidentiary value, but rather to demonstrate the presence of said report being maintained by the SCR.

The SCR has no objection, and will voice no objection, to you submitting into evidence either copy of the record, or both. You may provide this letter to the Administrative Law Judge as proof of such.

I hope this letter assuages your concerns. Unless you contact this office otherwise, Marilyn Locci will not appear at the Administrative Hearing on Case ID 20961131 on October 28, 2003.

Sincerely,

Emily Reeb Bray
Senior Attorney
Bureau of House Counsel



An Equal Opportunity Employer

# FELONY

## ARREST AND BOOKING REPORT
### OFFICE OF SHERIFF
### JACKSONVILLE, FLORIDA

ARRESTING OFFICER COMPLETE UNSHADED AREA

| DATE | DAY | JAIL NUMBER |
|---|---|---|
| 06-04-96 | TUE | 96-19550-3 |

Page 1 of 1

| LAST NAME | FIRST NAME | MIDDLE NAME | ALIASES OR NICKNAMES | JSO I.D. NUMBER |
|---|---|---|---|---|
| QUINONES, DAVID FIDENCIO III | | | NONE | 529.130 |

| ADDRESS | RESIDENCE TYPE | PLACE OF BIRTH | CITY, STATE, COUNTRY | CITIZENSHIP CODE | CCH |
|---|---|---|---|---|---|
| 1700 MINDANAO DR 1012 | 02 | TROY, NY | USA | US | 383658 |

| CITY/STATE | HOW LONG IN JAX | DRIVER'S LICENSE NUMBER | STATE |
|---|---|---|---|
| JAX, FLA 32246 | 15 YRS | 663-240-701 | N.Y. |

| TIME BOOKED | ARRESTING AGENCY | JSO | LOCAL PRIOR ARRESTS YES X NO | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|
| 0445 | | | X | 01-05-72 | 25 |

| RACE | SEX | HEIGHT | WEIGHT | EYES | HAIR | BUILD | COMPLEXION | REPORTING AREA |
|---|---|---|---|---|---|---|---|---|
| W | M | 511 | 200 | BRN | BRN | HVY | LT | |

| DISTINGUISHING MARKS (TATTOOS, ETC) CODE | SOCIAL SECURITY NUMBER | OBTS NUMBER |
|---|---|---|
| SCARS ON RT FOREHEAD | 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 | 325321 |

| OCCUPATION | EMPLOYER | EMPLOYER ADDRESS |
|---|---|---|
| | U.S. NAVY | MAYPORT |

| EDUCATION | PROPERTY OFFICER | BOOKING OFFICER | RELIGION |
|---|---|---|---|
| 13.5 YRS | 151 - 8098 | EMS 5080 | Catholic |

| FINGERPRINTING OFFICER | SEARCHING OFFICER | DATE EXP. SENTENCE | GOOD TIME |
|---|---|---|---|
| | Com 5663 | | |

| ADVISING OFFICER | DATE | TIME | COURT | | | |
|---|---|---|---|---|---|---|
| (LDSW) | 6-4-96 | 0813 | COUNTY ☐ | CIRCUIT X | FEDERAL ☐ | OTHER ☐ |

| FILE DIRECT | BOND HEARING | ARRAIGNMENT | TRIAL |
|---|---|---|---|
| X 10-54 | 6-19 | | |

| CONTINUED | CONTINUED | CONTINUED | CONTINUED | CONTINUED | CONTINUED | CONTINUED | CONTINUED | REF. ATTORNEY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | P.D. APP'T |

| STATUTE OR ORDINANCE | FEL. MISD. | OFFENSE CHARGED | UCR CODE | CITATION # CASE # / SA # | BOND | DISPOSITION | DATE |
|---|---|---|---|---|---|---|---|
| 784.045(1)(a) | FEL. | Aggravated Battery | 130A | 18,103 | | | |
| | FEL. MISD. | | | | | | |
| | FEL. MISD. | | | | | | |
| | FEL. MISD. | | | | | | |
| | FEL. MISD. | | | | | | |

| WHERE ARRESTED (STREET #, NEAREST MILEPOST, INTERSECTION) | BLANKET BOND | COURT COST | REDUCED BOND | BY |
|---|---|---|---|---|
| 1700 MINDANAO DR. | | | | |

| ARRESTING OFFICER | I.D.# | DIV. & WATCH | TRANSPORTED BY (NAME) ID# | BEAT | TIME ARRESTED |
|---|---|---|---|---|---|
| D.R. MANN | 6580 | 4-4 | D.R. MANN 6580 | E-3 | 0210 |

| PROPERTY TAKEN BY ARRESTING OFFICER FROM PRISONER TURNED INTO JAIL | AMOUNT MONEY |
|---|---|
| NONE X | |

| HOW ARREST MADE | | |
|---|---|---|
| CALL X | ON VIEW ☐ | LOCAL CAPIAS ☐  LOCAL ARREST WARRANT ☐ | OTHER CAPIAS ☐  OTHER WARRANT ☐  JURISDICTION, SPECIFY: |

| VEHICLE DESCRIPTION (YEAR, MAKE, MODEL, COLOR, TAG# AND STATE) | LOCATION VEHICLE STORED / OR LEFT AT |
|---|---|
| NONE | |

| EVIDENCE ☐   NONE X   PROPERTY CONTROL # | DESCRIPTION | WHERE TURNED IN PROPERTY ROOM ☐  OTHER ☐ |
|---|---|---|
| PERSONAL PROPERTY ☐ | | |

| CO-DEFENDANT'S NAME ( ) ADULT   ( ) JUV.   ADDRESS | DOCKET NUMBER |
|---|---|
| X NONE | |

| X VICTIM   ( ) ADULT   ( ) JUV.   ADDRESS | TELEPHONE NUMBER |
|---|---|
| ( ) COMPLAINANT  HERBERT SUSAN M. 1700 MINDANAO DR. 1012 | 645-6548 |

| WITNESS | TELEPHONE NUMBER |
|---|---|

| DRUG ACTIVITY CODE N | DRUG TYPE CODE N | DRUG RELATED CODE P | ALCOHOL RELATED CODE X | TOTAL CASES CLEARED CODE 01 | VIOLATION OF PROBATION YES ☐ NO ☐ |
|---|---|---|---|---|---|

| ARRESTEE INVOLVED IN TRAFFIC ACCIDENT | YES ☐ | NO X | WEAPON CODE X | WEAPON TURNED IN PROPERTY ROOM ☐  OTHER ☐ |
|---|---|---|---|---|

RIGHT THUMB PRINT

**NO LOCAL RECORD**
**REPORTED TO FBI/FDLE**

| HOW PRISONER RELEASED | |
|---|---|
| CASE ☐  SURETY ☐  NTA ☐  ROR ☐  EXR SENT ☐ | BOND SET ☐ |

| CELL LOCATION | RELEASING OFFICER | TIME |
|---|---|---|

7217

P-002 Rev. 4/94

8

# PECHENIK & CURRO, P.C.

ATTORNEYS AND COUNSELORS AT LAW

STEPHEN A. PECHENIK*
KELLY M. CURRO**

41 SECOND STREET
TROY, NEW YORK  12180
PHONE (518) 274-7220
FAX (518) 274-7255

389 ROUTE 43 - P.O. BOX 5
STEPHENTOWN, NEW YORK  12168
PHONE (518) 733-0364
FAX (518) 733-0366

PLEASE REPLY TO:
TROY OFFICE

April 22, 2003

Ms. Susan M. Herbert
6009 Shady Spring Avenue
Baltimore, MD  21237

Re:  Austin v. Herbert, et al.
     Our File No. 02-3225

Dear Susan:

        Enclosed is a copy of the closing argument that I have
received from Mr. Finkel.  His closing argument relies on no case
law in support of his argument and as is permissible in closing
arguments, he has simply drawn conclusions based upon the factual
testimony.  Obviously, as you could expect he paints a picture of
you as being unstable and the children' best interests would not be
served by reuniting them with you.  Absent from his closing
argument, is any attempt to address the records of Memorial
Hospital that substantiate that your brother was less than truthful
in his testimony regarding his motivations for contacting you when
you were in Albany.  I can only presume that because that was such
a bombshell to Mr. Finkel, he did not attempt to address it in his
closing argument so as not to put more light on it to the Court.
Overall, this closing argument is not anything unexpected or
contrary to what was argued in Court.  As we discussed, it is my
impression that the Court will be swayed more by case law that
substantiates a sound legal determination to grant you custody of
the children.  I am still awaiting Leslie Ortiz's law guardian
report and closing argument.  I presume that she is going to
recommend that the children stay with the Austins.  As soon as I
receive that report, I will provide it to you.  As you know from
the Court appearance, I do not get an opportunity to respond to
these reports or closing arguments.  My report that was submitted
last week is our final submission in this matter before Judge
Griffin makes a determination.  I will keep you apprised of all
further developments.

Very truly yours,

PECHENIK & CURRO, P.C.

Kelly M. Curro

*Finkle places blame only, he assumes.
Leslie Ortiz held her report until the last minute.*

KMC/KMW
Enclosure

* ADMITTED TO PRACTICE LAW IN NEW YORK AND CONNECTICUT
** ADMITTED TO PRACTICE LAW IN NEW YORK AND MASSACHUSETTS

I reported Rinckey's criminal actions to Albany Law who had my file and promised to assist me if anything went wrong as I filled out the poor person's motion inside their offices. They wrote back <u>pretending</u> that I was confused! They used words to make it seem as if I did not know what I was talking about.

Later AFTER this letter and AFTER they lied to me repeatedly and allowed Rinckey to do what he did, and AFTER my files were leaked, a person from within this office at the school admitted that it seemed as if a crime had occurred and that the persons handling the case  my case – were afraid as they knew they violated  their ethical code and that they might not be able to justify it any longer all because they chose to lie after the fact instead of following through on their promises.  I was told that they made me that promise thinking nothing would go wrong but never meant to keep it if something did go wrong.

That's problem as everyone but Rinckey has a connection to this school – most are graduates - and as I specifically asked BEFORE I filled out that poor persons motion what they would do if things went awry as I told them criminal activity was already taking place. One Melissa Breger knew this as fact as she was stunned when I told her the children's father was present as in Griffins ruling you do not know that as she never once refers to him this it seems as if he was not there. Berger bolted when she found out he was there – she was stunned - and that he entered a day and a half late, as soon as I took the stand. So she knew a crime had occurred and made me this promise, *we'll help you if anything else happens*, a promise I was later told was never any good.

I'm not the only victim; this kind of nonsense is happening to women all over the US in every family court. And everybody involved including the lawyers women hire know it but do nothing. My mistake?

I'm the first victim to wait it out and methodically plan my attack so that I could prove everything I claim. I'm the victim who survived, who lived to tell. Most women? They commit suicide, end up on the street, die of drug overdoses or are locked up in jails and mental institutions. I'm the lone victim who couldn't be made a victim; no matter what was done to me I defied my victimization and I never succumbed to victim as a state of being as it's unconstitutional and I know it. I know "victim" is merely a legal designation in the US but is not actual reality.

I couldn't call Albany Law and ask them for counsel to go before Appeals as Rinckey entered his argument the morning after I fired him in order to disable me. NY refused to stop him and let him appear; NY meant to injure me.

# ALBANY LAW SCHOOL CLINIC

80 NEW SCOTLAND AVENUE, ALBANY, NY 12208-3494
PHONE: 518-445-2328 • FAX: 518-434-8612 • TDD: (518) 445-2304

Mary A. Lynch, Co-Director
Nancy A. Maurer, Co-Director
Joseph T. Baum, Esq.
Melissa L. Breger, Esq.
Bridgit M. Burke, Esq.

Joseph M. Connors, Esq.
Jeffrey H. Pearlman, Esq.
David A. Pratt, Esq.
Laurie F. Shanks, Esq.
November 14, 2005

Susan Herbert
1100 Sea-Gate Avenue
Apt. # 101
Neptune Beach, Florida
32266

Dear Susan:

We hope this letter finds you and your family well. After our telephone conversation on November 6, 2005, and upon speaking with Mr. Greg T. Rinckey's office, we would like to clarify an issue that seemed unclear during our last conversation.

Mr. Rinckey *has* filed your motion for appeal with Court of Appeals for New York State. This is the motion that you faxed to our office and was dated October 24, 2005. The Court of Appeals should make its decision regarding whether or not to hear your case within the next couple of weeks and will then notify you and/or Mr. Rinckey. If the motion is granted, you will then need to acquire counsel for that appeal. Please be advised that Mr. Rinckey's filing of this motion does not necessarily indicate that he will be representing you should the motion for appeal be granted. Additionally, please note that the Court of Appeals is not required to hear your case and, as we mentioned on the phone, there is no way to predict what its decision will be.

Should your motion for appeal be granted by the Court of Appeals and you still require counsel, please feel free to contact us and we will reevaluate our ability to represent you at that time. As discussed, given our limited area of focus and financial resources, we cannot now guarantee our ability to represent you upon appeal.

If we do not hear back from you our office will be closing your file, but will be keeping that file for seven years. We have enclosed a Client Satisfaction Questionnaire. Kindly complete it and mail it back to us in the self-addressed stamped envelope, which is enclosed for your convenience.

We hope we have been somewhat helpful. Best of luck throughout the remainder of this legal process!

Very truly yours,

Willow Baer
Law Intern

Graham Bernstein
Law Intern

Melissa Breger, Esq.
Director, Family Violence Clinic

List of documents submitted to Jax federal courthouse; it spans the globe as it starts at my person and goes all the way across the world to China and back again as this is a constitutional authority case and I'm the authority. To make the case for women you have to demonstrate how men violating the Constitution are now causing injury and harm to their own persons via things like "communist capitalism" as their unjust actions now result in our deaths for no reason or cause other than greed. Greed and their willingness to violate the Constitution sent American businesses to China when it is unconstitutional to do business with communist governments and is a crime to boot, a crime which now ia rewarded rather than punished. This then came back to haunt us as oil, the oil China now consumes in its drive to be a world financial power then caused us to be in Iraq.

Once China began to flex its industrial power? US politicians then acted as if they were afraid of China and its threat to use nuclear weapons and a million man army against us thus began caving to China's criminal demands. We went to war based upon bad evidence so China couldn't invade the middle east and seize oil, oil we will not need soon as other energy sources are developed. WHO lobbied for this war? The businesses who would profit, that's who. When this war started to go south guess who the Iraqi's went after first? And lynched? <u>Two American private business owners who were profiting from the Iraqi's misery <em>not</em> US soldiers</u>. It's not coincidence that Cheney stood to make millions off of this war and then did or that his company bilked the taxpayers out of millions more by cooking the books.

Anyway: As I know physics and as I'm the authority I knew exactly what to look for: China would some how cause me immediate harm and then I could sue the entire sitting federal government as to actually be the authority? You have to be able to leverage power and authority in such a way you can defeat China and its threat; you have to be able to defeat its nuclear threat and then its industry and then even its army. I can and did; proof is:

WalMart announced it would come to my town no matter what and that if we tried to stop it then it would press frivolous litigation against us and so bankrupt my town. GREAT! I took WalMart up on its offer; mailed them the legal argument I would mount against them or that I would mount as the plaintiff thus force them into a defensive position. I also mailed them my legal and scientific argument against China and its threat, a threat I know to be empty as it is not possible for China to carry it out. It's science only I know as I resolved Uniformity but it's science any dolt can understand once I reveal it. I told WalMart <em>I have you and I have China exactly where I want you so go ahead – sue us.</em> What happened? WalMart announced it was pulling out of Neptune Beach but would not

say *why*. SUSAN HERBERT is why as WalMart picked on the exact perfect town this time, the town the constitutional authority of the US happens to live in so Susan will be owner and operator of WalMart by the end of the day as corrupted and criminal federal court judges and SCOTUS clerks are keeping her out in person thus until or unless she is recognized as the acting, legal President via an appearance in person in federal court she can seize WalMart; Susan can only NOT seize WalMart and its assets if she is recognized as the authority as it's US case law; See the US seizure of steel mills that was ruled to be unconstitutional. I informed WalMart: *As long as the sitting officers deny reality, that a woman won the day thus I am the authority, then I can own you so you want me to be recognized so I as President can't then own you but only make you obey the Constitution. Also: I'm the only person who can jack China so that they won't seize all US assets to then make good on our debt.* WalMart knows my legal argument is airtight so it left Neptune Beach. Now, can you name any other town that defeated WalMart w/o a public battle? Nope as only I could and did. Why deal with a corrupted judge who is acting like a crook himself when I can go straight to the crooks? The officers of WalMart are not as stupid as the officers of the fed are; they know when to cut and run and they aren't willing to go to prison.

I knew I had to file and could finally file when China threatened my town through WalMart and when we are a military town. Simultaneously the announcement was made that that a billion dollar buyout of the Executive was underway and then Swarzeneggar and Bloomberg appeared on the cover of Time magazine. This is known in physics as a point of intrinsicity. It's as if I'm ground zero as I can then connect my person to all of it due to the absolute and total violation of my rights ONLY as I'm female and ethical as the sitting officers from the local to the federal level are breaking the law and so acting more like communists – dictators and criminals – than anything else. So I began at Genesis as it matches the physics and our own Revolution, weaving my existence – my life and the violation of my rights - into our shared history.

While this sounds complicated it is not as it is the simplest way to include it all as then you can address any and all objections anybody makes. Remember: The families that went granted ownership of our Treasury when it was quitclaimed to them? Who had a contract that said even if it was impossible to fulfill it the contract was yet valid and binding? They defaulted as citizens in November of 200 and they defaulted again as officers  - that 1871 version of the Constitution and any and all contracts born of it – on 11/05/08 as they failed to respond at all and then remained silent when a foreigner was installed as they want and need socialism to take root here or they know the jig is up. It is a few wealthy families and a few wealthy business owners who bought the office of the Executive, exactly as the Council on Foreign Relations, Bilderberg Group and Pamela Harriman who is British by birth and French by choice bought the office for Bill Clinton.

Don't believe me? Nobody ever heard of Bill Clinton until he attended a meeting of the Bilderberg Group. These people do not make extraordinary, gross profits when the Constitution is enforced. They need socialism and lawlessness to then be able to buy and sell people's lives. Attached is an article copyrighted by the Washington Post Group, then the list of evidence and then various county and state documents supporting my claim against the counties. I attached the Bilderberg stuff only as I am demonstrating I can and will argue all of this from my lone person, as only the constitutional authority could. Plus people now deny how corrupt Clinton's administration was and still is as Obama rehired all of his cronies.

Vernon Jordan didn't accidentally assist Monica Lewinsky, John Kerry and the Iraq Study Group, lol. He's life member of Bilderberg. NOTHING in this universe is coincidence; coincidences do no exist.

This is why we must now review our mistakes as the eventuality we will realize if we do not is the physical destruction of our nation as it goes the way of Rome and Greece. First a great government falls spiritually or legally and then it falls physically. LOL! *Was Clinton playing the saxophone while DC burned?*

**The county documents I included are a fraction of what is actually entered to the federal record.**